# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE AUTOHOP LITIGATION

MASTER FILE
12 Civ. 4155 (LTS)(KNF)

This Document Relates To:

Dish Network L.L.C. v. American Broadcasting Companies, Inc., et al., Civil Action No. 12-cv-4155 (LTS)(KNF)

**NOTICE OF APPEAL OF ABC, INC., AMERICAN BROADCASTING COMPANIES, INC., AND DISNEY ENTERPRISES, INC.**

Notice is hereby given that ABC, Inc., American Broadcasting Companies, Inc. and Disney Enterprises, Inc., defendants and counterclaim-plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order denying their motion for a preliminary injunction, which was entered in this action on September 18, 2013.

Dated: September 23, 2013

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____ s/ Thomas G. Hentoff _____

Kevin T. Baine
Thomas G. Hentoff (admitted *pro hac vice*)
Stephen J. Fuzesi
Stanley E. Fisher (admitted *pro hac vice*)
William J. Vigen (admitted *pro hac vice*)
Julia H. Pudlin (admitted *pro hac vice*)

725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: thentoff@wc.com

*Attorneys for ABC, Inc., American
Broadcasting Companies, Inc. and Disney
Enterprises, Inc.*

APPEAL, CASREF, COMPLEX–CSMGMT, ECF, LEAD

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12–cv–04155–LTS–KNF

In Re Autohop Litigation

Assigned to: Judge Laura Taylor Swain

Referred to: Magistrate Judge Kevin Nathaniel Fox

Member case: (View Member Case)

Related Case: 1:12–cv–06812–LTS

Cause: 17:101 Copyright Infringement

Date Filed: 05/24/2012

Jury Demand: Plaintiff

Nature of Suit: 820 Copyright

Jurisdiction: Federal Question

**Plaintiff**

**Dish Network L.L.C.**                         represented by   **Peter A. Bicks**
Orrick, Herrington &Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
212–506–5000
Fax: 212–506–5151
Email: pbicks@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annette Louise Hurst**
Orrick, Herrington &Sutcliffe LLP (San Francisco)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773–4585
Fax: (415) 773–5759
Email: ahurst@orrick.com
*ATTORNEY TO BE NOTICED*

**E. Joshua Rosenkranz**
Orrick, Herrington &Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
(212)–506–5000
Fax: (212)–506–5151
Email: jrosenkranz@orrick.com
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
Orrick, Herrington &Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
212–506–5000
Fax: 212–506–5151
Email: eechtman@orrick.com
*ATTORNEY TO BE NOTICED*

**Lisa T. Simpson**
Orrick, Herrington &Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
212–506–3767
Fax: 212–506–5151
Email: lsimpson@orrick.com
*ATTORNEY TO BE NOTICED*

**Mark Alan Lemley**
Durie Tangri LLP

217 Leidesdorff Street
San Francisco, CA 94104
(415) 632–6666
Fax: (415) 236–6300
Email: mlemley@durietangri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Henry Page**
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415)–362–6666
Fax: (415)–236–6300
Email: mpage@durietangri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Broadcasting Companies, Inc.**                    represented by    **Kevin Taylor Baine**
Williams &Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434–5010
Fax: 202–434–5029
Email: kbaine@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Mary Stott–Bumsted**
Williams &Connolly LLP
725 12th Street Nw
Washington, DC 20005
(202)–434–5095
Fax: (202)–434–5029
Email: hstottbumsted@wc.com
*TERMINATED: 06/18/2013*
*ATTORNEY TO BE NOTICED*

**James M. McDonald**
Williams &Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
202–434–5000
Fax: 202–434–5029
Email: jmcdonald@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia H. Pudlin**
Williams &Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
202–434–5000
Fax: 202–434–5029
Email: jpudlin@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stanley Edward Fisher**
Williams &Connolly LLP
725 12th Street, Nw

Washington, DC 20005
(202)–424–5289
Fax: (202)–434–5029
Email: sfisher@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
Williams &Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202)–434–5558
Fax: (202)–434–5029
Email: sfuzesi@wc.com
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
Williams &Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434–5804
Fax: (202) 434–5029
Email: thentoff@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
Williams &Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
(202)–434–5868
Fax: (202)–434–5029
Email: wvigen@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**                     represented by   **David Zifkin**
Boies, Schiller &Flexner
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
(310) 752–2400
Fax: (310) 752–2490
Email: dzifkin@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hamish P.M. Hume**
Boies, Schiller &Flexner LLP (D.C.)
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
(202)–274–1149
Fax: (202)–237–6131
Email: hhume@bsfllp.com
*ATTORNEY TO BE NOTICED*

**J. Matthew D. Williams**
Mitchell Silberberg &Knupp L.L.P.(DC)
1818 N Street NW
8th Floor
Washington, DC 20036
(202) 355–7904
Fax: (202) 355–7899
Email: mxw@msk.com

*TERMINATED: 09/11/2012*
*PRO HAC VICE*

**Jane G Stevens**
Mitchell Silberberg &Knupp LLP (NY)
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 509–3900
Fax: (212) 509–7239
Email: jgs@msk.com
*TERMINATED: 09/11/2012*

**Jean Pierre Nogues**
Mitchell Silberberg &Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064
(310) 312–2000
Fax: (310) 231–3100
Email: jpn@msk.com
*TERMINATED: 09/11/2012*
*PRO HAC VICE*

**Jeffrey M. Movit**
Mitchell Silberberg &Knupp LLP (NY)
12 East 49th Street, 30th Floor
New York, NY 10017
(917) 546–7708
Fax: (917) 546–7678
Email: jmm@msk.com
*TERMINATED: 09/11/2012*

**Jonathan David Schiller**
Boies Schiller &Flexner LLP
575 Lexington Avenue
New York, NY 10022
(212) 446–23002388x
Fax: (212) 446–2350
Email: jschiller@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua Schiller**
Boies, Schiller & Flexner, LLP(NYC)
575 Lexington Avenue
New York, NY 10022
(212) 446–2300
Fax: (212) 446–2350
Email: jischiller@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Patricia H. Benson**
Mitchell Silberberg &Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064–1683
310–312–3132
Fax: 310–312–3100
Email: phb@msk.com
*TERMINATED: 09/11/2012*
*PRO HAC VICE*

**Robert H. Rotstein**
Mitchell Silberberg &Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064
(310) 312–3203

Fax: (310) 312–3100
Email: rxr@msk.com
*TERMINATED: 09/11/2012*
*PRO HAC VICE*

**Defendant**

**The Fox Entertainment Group, Inc.**            represented by   **Susan Joan Kohlmann**
*TERMINATED: 07/09/2012*                                          Jenner &Block LLP (LA)
                                                                 633 West 5th Street, Suite 3500
                                                                 Los Angeles, CA 90071
                                                                 (212) 891–1690
                                                                 Fax: (212) 891–1699
                                                                 Email: skohlmann@jenner.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Amy M. Gallegos**
                                                                 Jenner &Block LLP
                                                                 633 West 5th Street, Suite 3600
                                                                 Los Angeles, CA 90071
                                                                 (213) 239–2203
                                                                 Fax: (213) 239–2213
                                                                 Email: agallegos@jenner.com
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Andrew Jackson Thomas**
                                                                 Jenner &Block LLP
                                                                 633 West 5th Street, Suite 3500
                                                                 Los Angeles, CA 90071
                                                                 (213)–239–5155
                                                                 Fax: (213)–239–5165
                                                                 Email: ajthomas@jenner.com
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **David R. Singer**
                                                                 Jenner &Block LLP
                                                                 633 West 5th Street, Suite 3600
                                                                 Los Angeles, CA 90071
                                                                 213–239–2206
                                                                 Fax: 213–239–2216
                                                                 Email: dsinger@jenner.com
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael W. Ross**
                                                                 Jenner &Block LLP (NYC )
                                                                 919 Third Avenue, 37th Floor
                                                                 New York, NY 10022
                                                                 (212)–891–1600
                                                                 Fax: (212)–909–0840
                                                                 Email: mross@jenner.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Richard L. Stone**
                                                                 Jenner &Block LLP (LA)
                                                                 633 West 5th Street, Suite 3500
                                                                 Los Angeles, CA 90071
                                                                 (213)–239–2203
                                                                 Fax: (213)–239–2213
                                                                 Email: rstone@jenner.com
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Fox Television Holdings, Inc.**
*TERMINATED: 07/09/2012*

represented by **Susan Joan Kohlmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy M. Gallegos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Jackson Thomas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David R. Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L. Stone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fox Cable Network Services, L.L.C.**
*TERMINATED: 07/09/2012*

represented by **Susan Joan Kohlmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy M. Gallegos**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Jackson Thomas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David R. Singer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael W. Ross**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L. Stone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**NBC Universal Media, L.L.C.**
*TERMINATED: 03/15/2013*

**J. Matthew D. Williams**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jane G Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Pierre Nogues**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Movit**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia H. Benson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert H. Rotstein**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ABC, Inc.**                              represented by   **Julia H. Pudlin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Disney Enterprises, Inc.**              represented by   **Julia H. Pudlin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Studios Inc.**                    represented by    **David Zifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan David Schiller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Survivor Productions LLC**            represented by    **David Zifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan David Schiller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Defendant**

**Dish Network Corporation**           represented by    **Annette Louise Hurst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Joshua Rosenkranz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa T. Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Henry Page**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A Molinski**
Orrick Herrington and Sutcliffe LLP
777 South Figueroa Street Suite 3200
Los Angeles, CA 90017
213−629−2020

Fax: 213–612–2499
Email: wmolinski@orrick.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ABC, Inc.**                             represented by   **Stanley Edward Fisher**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thomas G. Hentoff**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Jefferson Vigen**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin Taylor Baine**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Disney Enterprises, Inc.**              represented by   **Julia H. Pudlin**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stanley Edward Fisher**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thomas G. Hentoff**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Jefferson Vigen**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin Taylor Baine**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**CBS Broadcasting Inc.**                 represented by   **David Zifkin**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan David Schiller**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Echostar Technologies L.L.C.**          represented by

**Peter A. Bicks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Mary Stott–Bumsted**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. McDonald**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Taylor Baine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Public Knowledge**   represented by   **John David Bergmayer**
Public Knowledge
1818 N St Nw Suite 410
Washington, DC 20036
(202)–861–0020
Fax: (202)–861–0040
Email: john@publicknowledge.org
*TERMINATED: 01/18/2013*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Counter Claimant**

**American Broadcasting Companies,
Inc.**   represented by   **Kevin Taylor Baine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Mary Stott–Bumsted**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia H. Pudlin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Disney Enterprises, Inc.**                    represented by    **Hannah Mary Stott–Bumsted**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia H. Pudlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Taylor Baine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ABC, Inc.**                    represented by    **Hannah Mary Stott–Bumsted**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia H. Pudlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Taylor Baine**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DISH Network Corporation**                     represented by   **Annette Louise Hurst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Joshua Rosenkranz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa T. Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Alan Lemley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Henry Page**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Bicks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William A Molinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dish Network L.L.C.**                          represented by   **Peter A. Bicks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annette Louise Hurst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Joshua Rosenkranz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Alan Lemley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Henry Page**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**NBC Universal Media, L.L.C.**          represented by   **J. Matthew D. Williams**
*TERMINATED: 03/15/2013*                                 (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jane G Stevens**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jean Pierre Nogues**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey M. Movit**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patricia H. Benson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert H. Rotstein**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Dish Network L.L.C.**          represented by   **Peter A. Bicks**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Annette Louise Hurst**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **E. Joshua Rosenkranz**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Elyse D. Echtman**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Lisa T. Simpson**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Mark Alan Lemley**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Michael Henry Page**
                                                  (See above for address)
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Disney Enterprises, Inc.**          represented by   **Stanley Edward Fisher**
                                                       (See above for address)
                                                       *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **American Broadcasting Companies, Inc.** | represented by | **Kevin Taylor Baine**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Hannah Mary Stott–Bumsted**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia H. Pudlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **ABC, Inc.** | represented by | **Julia H. Pudlin**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**DISH Network Corporation**                 represented by **Elyse D. Echtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa T. Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dish Network L.L.C.**                 represented by **Peter A. Bicks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annette Louise Hurst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Joshua Rosenkranz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Alan Lemley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Henry Page**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Disney Enterprises, Inc.**                 represented by **Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**American Broadcasting Companies,**                 represented by **Kevin Taylor Baine**
**Inc.**                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Mary Stott–Bumsted**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James M. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G. Hentoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ABC, Inc.**                    represented by   **Stanley Edward Fisher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Jefferson Vigen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Fuzesi**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**EchoStar Technologies, L.L.C.**        represented by   **Peter A. Bicks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DISH Network Corporation**          represented by   **Annette Louise Hurst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Joshua Rosenkranz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa T. Simpson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Alan Lemley**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Henry Page**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Bicks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William A Molinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

Dish Network L.L.C.                    represented by  **Peter A. Bicks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annette Louise Hurst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**E. Joshua Rosenkranz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elyse D. Echtman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Alan Lemley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Henry Page**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Survivor Productions LLC               represented by  **David Zifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan David Schiller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Schiller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

CBS Studios Inc                        represented by  **David Zifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Jonathan David Schiller
(See above for address)
*ATTORNEY TO BE NOTICED*

Joshua Schiller
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**CBS Corporation**                    represented by  **David Zifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hamish P.M. Hume**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Matthew D. Williams**
(See above for address)
*TERMINATED: 09/11/2012*

**Jane G Stevens**
(See above for address)
*TERMINATED: 09/11/2012*

**Jean Pierre Nogues**
(See above for address)
*TERMINATED: 09/11/2012*

**Jeffrey M. Movit**
(See above for address)
*TERMINATED: 09/11/2012*

**Jonathan David Schiller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Schiller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia H. Benson**
(See above for address)
*TERMINATED: 09/11/2012*

**Robert H. Rotstein**
(See above for address)
*TERMINATED: 09/11/2012*

**Counter Claimant**

**CBS Broadcasting Inc.**              represented by  **David Zifkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan David Schiller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Schiller**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Dish Network L.L.C.**                      represented by  **Peter A. Bicks**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Annette Louise Hurst**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **E. Joshua Rosenkranz**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elyse D. Echtman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Lisa T. Simpson**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Mark Alan Lemley**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael Henry Page**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EchoStar Technologies, L.L.C.**           represented by  **Peter A. Bicks**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2012 | 1 | COMPLAINT against American Broadcasting Companies, Inc., CBS Corporation, Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., NBC Universal Media, L.L.C., The Fox Entertainment Group, Inc. (Filing Fee $ 350.00, Receipt Number 9264)Document filed by Dish Network L.L.C.(ama) (Entered: 05/25/2012) |
| 05/24/2012 | | SUMMONS ISSUED as to American Broadcasting Companies, Inc., CBS Corporation, Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., NBC Universal Media, L.L.C., The Fox Entertainment Group, Inc. (ama) (Entered: 05/25/2012) |
| 05/24/2012 | | Magistrate Judge Kevin Nathaniel Fox is so designated. (ama) (Entered: 05/25/2012) |
| 05/24/2012 | | Case Designated ECF. (ama) (Entered: 05/25/2012) |
| 05/24/2012 | | Mailed notice to Register of Copyrights to report the filing of this action. (ama) (Entered: 05/25/2012) |
| 05/29/2012 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Dish Network Corporation for Dish Network L.L.C.. Document filed by Dish Network L.L.C..(Bicks, Peter) (Entered: 05/29/2012) |

| 05/30/2012 | 3 | ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER:It is hereby: ORDERED, that Fox, CBS and NBC show cause before this Court on July 2, 2012, at 6 o'clock p.m., or as soon thereafter as counsel may be heard in Courtroom 11C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007–1312, why an order should not be made and entered herein, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the inherent powers of this court, enjoining and restraining Fox, CBS and NBC, together with their officers, agents, servants, employees, attorneys and other parties acting in concert with them, from prosecuting the actions titled Fox Broadcasting Company, Inc., Twentieth Century Fox Film Corp, and Fox Television Holdings, Inc. v. DISH Network L.L.C. and DISH Network Corp., Case No. 12–CV–04529 (C.D. Cal.) (King, J.), NBC Studios, L.L.C, Universal Network Television, L.L.C., Open 4 Business Productions L.L.C, and NBCUniversal Media, L.L.C. v. DISH Network Corporation and DISH Network L.L.C., Case No. 12–CV–04536 (C.D. Cal.) (Lew, J.) CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions L.L. C. v. DISH Network Corporation and DISH Network L.L.C., Case No. 12–CV–4551 (C.D. Cal.) (Anderson, J.) or any further litigation embracing the facts alleged in this action or the above–referenced actions in the Central District of California. IT IS FURTHER ORDERED that papers in opposition to this motion, if any, and any cross motion to dismiss, be served on DISH's attorney so as to be received by them, in hand or by e–mail, on or before June 18, 2012, at 12 o'clock p.m. Reply papers on cross motion by June 21, 2012 at 12pm. Courtesy copies of all papers to chambers at time of filing and service. All papers to be filed when served and as further set forth in this order. Show Cause Hearing set for 7/2/2012 at 06:00 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Judge Laura Taylor Swain. (Signed by Judge Laura Taylor Swain on 5/30/2012) (lmb) (Entered: 05/30/2012) |
| 05/30/2012 | | Set/Reset Deadlines: Cross Motions due by 6/8/2012. Responses due by 6/18/2012. Replies due by 6/21/2012. (lmb) (Entered: 05/30/2012) |
| 05/30/2012 | | Minute Entry: for proceedings held before Judge Laura Taylor Swain: Show Cause Hearing held on 5/30/2012. ORDER TO SHOW CAUSE HEARING held. The Court grants plaintiff's Order to Show Cause with TRO. (Order to follow.) Show Cause Hearing is scheduled for 7/2/2012 at 6:00pm. (djc) (Entered: 06/01/2012) |
| 06/01/2012 | 4 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. American Broadcasting Companies, Inc. served on 5/25/2012, answer due 6/15/2012. Service was accepted by Steve Pastore. Document filed by Dish Network L.L.C.. (Echtman, Elyse) (Entered: 06/01/2012) |
| 06/01/2012 | 5 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. CBS Corporation served on 5/25/2012, answer due 6/15/2012. Service was accepted by Steve Pastore. Document filed by Dish Network L.L.C.. (Echtman, Elyse) (Entered: 06/01/2012) |
| 06/01/2012 | 6 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. The Fox Entertainment Group, Inc. served on 5/25/2012, answer due 6/15/2012. Service was accepted by Aixa Flores. Document filed by Dish Network L.L.C.. (Echtman, Elyse) (Entered: 06/01/2012) |
| 06/01/2012 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Fox Television Holdings, Inc. served on 5/25/2012, answer due 6/15/2012. Service was accepted by Aixa Flores. Document filed by Fox Television Holdings, Inc.. (Echtman, Elyse) (Entered: 06/01/2012) |
| 06/01/2012 | 8 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Fox Cable Network Services, L.L.C. served on 5/25/2012, answer due 6/15/2012. Service was accepted by Margaret Wilson. Document filed by Dish Network L.L.C.. (Echtman, Elyse) (Entered: 06/01/2012) |
| 06/01/2012 | 9 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. NBC Universal Media, L.L.C. served on 5/25/2012, answer due 6/15/2012. Service was accepted by Aixa Flores. Document filed by Dish Network L.L.C.. (Echtman, Elyse) (Entered: 06/01/2012) |

| 06/01/2012 | 10 | MEMORANDUM OF LAW in Support re: 3 Order to Show Cause,,,,,,,,, Document filed by Dish Network L.L.C.. (Bicks, Peter) (Entered: 06/01/2012) |
|---|---|---|
| 06/01/2012 | 11 | DECLARATION of David Shull in Support re: 3 Order to Show Cause,,,,,,,,, Document filed by Dish Network L.L.C.. (Bicks, Peter) (Entered: 06/01/2012) |
| 06/01/2012 | 12 | DECLARATION of Elyse D. Echtman in Support re: 3 Order to Show Cause,,,,,,,,,, Document filed by Dish Network L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Echtman, Elyse) (Entered: 06/01/2012) |
| 06/01/2012 | 13 | Letter addressed to Judge Laura Taylor Swain from Susan J. Kohlmann dated 5/29/12 re: Counsel for FOX requests that DISH's application for a temporary restraining order be denied.. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc. (mro) (Entered: 06/01/2012) |
| 06/01/2012 | 14 | AFFIDAVIT OF SERVICE of Order to Show Cause dated 5/30/12, Declaration of David Shull, Declaration of Elyse D. Echtman with Exhibits and the Memorandum of Law in Support of DISH Networks LLCs Motion for an Suit Injunction and Temporary Restraining Order served on all Defendants on 5/30/12. Service was made by Hand. Document filed by Dish Network L.L.C.. (Echtman, Elyse) (Entered: 06/01/2012) |
| 06/01/2012 | 15 | DECLARATION of Service by email. Document filed by Dish Network L.L.C.. (Echtman, Elyse) (Entered: 06/01/2012) |
| 06/05/2012 | 16 | MOTION for Michael H. Page to Appear Pro Hac Vice. Document filed by Dish Network L.L.C.(pgu) (Entered: 06/05/2012) |
| 06/05/2012 | 17 | MOTION for Mark A. Lemley to Appear Pro Hac Vice. Document filed by Dish Network L.L.C.(pgu) (Entered: 06/05/2012) |
| 06/06/2012 | 18 | MOTION for Annette Louise Hurst to Appear Pro Hac Vice. Document filed by Dish Network L.L.C.(pgu) (pgu). (Entered: 06/07/2012) |
| 06/07/2012 | 19 | NOTICE OF APPEARANCE by Susan Joan Kohlmann on behalf of Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc. (Kohlmann, Susan) (Entered: 06/07/2012) |
| 06/07/2012 | 20 | NOTICE OF APPEARANCE by Michael W. Ross on behalf of Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc. (Ross, Michael) (Entered: 06/07/2012) |
| 06/07/2012 | 21 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent News Corporation for Fox Television Holdings, Inc., The Fox Entertainment Group, Inc.; Corporate Parent News Corporation for Fox Cable Network Services, L.L.C.. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc..(Ross, Michael) (Entered: 06/07/2012) |
| 06/08/2012 | 22 | NOTICE OF APPEARANCE by Jane G Stevens on behalf of CBS Corporation, NBC Universal Media, L.L.C. (Stevens, Jane) (Entered: 06/08/2012) |
| 06/08/2012 | 23 | NOTICE OF APPEARANCE by Jeffrey M. Movit on behalf of CBS Corporation, NBC Universal Media, L.L.C. (Movit, Jeffrey) (Entered: 06/08/2012) |
| 06/08/2012 | 24 | **FILING ERROR – CORPORATE PARENT/OTHER AFFILIATE NOT ADDED –** RULE 7.1 CORPORATE DISCLOSURE STATEMENT.. Document filed by CBS Corporation.(Stevens, Jane) Modified on 6/8/2012 (lb). (Entered: 06/08/2012) |
| 06/08/2012 | 25 | **FILING ERROR – CORPORATE PARENT/OTHER AFFILIATE NOT ADDED –** RULE 7.1 CORPORATE DISCLOSURE STATEMENT.. Document filed by NBC Universal Media, L.L.C..(Stevens, Jane) Modified on 6/8/2012 (lb). (Entered: 06/08/2012) |

| 06/08/2012 | 26 | MOTION to Dismiss , *Stay or Transfer*. Document filed by CBS Corporation, NBC Universal Media, L.L.C.. Responses due by 6/18/2012 (Attachments: # 1 Certificate of Service)(Stevens, Jane) (Entered: 06/08/2012) |
| --- | --- | --- |
| 06/08/2012 | 27 | MEMORANDUM OF LAW in Support re: 26 MOTION to Dismiss , *Stay or Transfer. and in Opposition to Plaintiff's Motion for Anti−Suit Injunction*. Document filed by CBS Corporation, NBC Universal Media, L.L.C.. (Attachments: # 1 Certificate of Service)(Stevens, Jane) (Entered: 06/08/2012) |
| 06/08/2012 | 28 | MOTION to Dismiss. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc.. Return Date set for 7/2/2012 at 06:00 PM.(Kohlmann, Susan) (Entered: 06/08/2012) |
| 06/08/2012 | 29 | DECLARATION of Lura Burton in Support re: 26 MOTION to Dismiss , *Stay or Transfer.*. Document filed by CBS Corporation, NBC Universal Media, L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Certificate of Service)(Stevens, Jane) (Entered: 06/08/2012) |
| 06/08/2012 | 30 | MEMORANDUM OF LAW in Support re: 28 MOTION to Dismiss.. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc.. (Kohlmann, Susan) (Entered: 06/08/2012) |
| 06/08/2012 | 31 | DECLARATION of Carly Seabrook in Support re: 26 MOTION to Dismiss , *Stay or Transfer.*. Document filed by CBS Corporation, NBC Universal Media, L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Certificate of Service)(Stevens, Jane) (Entered: 06/08/2012) |
| 06/08/2012 | 32 | DECLARATION of Gabriela Kornzweig in Support re: 26 MOTION to Dismiss , *Stay or Transfer.*. Document filed by CBS Corporation, NBC Universal Media, L.L.C.. (Attachments: # 1 Certificate of Service)(Stevens, Jane) (Entered: 06/08/2012) |
| 06/08/2012 | 33 | MEMORANDUM OF LAW in Opposition re: 3 Order to Show Cause,,,,,,,,,, / *Fox's Memorandum of Law in Opposition to Dish's Motion for an Anti−Suit Injunction*. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc.. (Kohlmann, Susan) (Entered: 06/08/2012) |
| 06/08/2012 | 34 | DECLARATION of Michael Biard in Opposition re: 3 Order to Show Cause,,,,,,,,,,. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc.. (Kohlmann, Susan) (Entered: 06/08/2012) |
| 06/08/2012 | 35 | CERTIFICATE OF SERVICE of Notice of Motion to Dismiss Dish Network's Complaint, Memorandum of Law in Support of Motion to Dismiss, Memorandum of Law in Opposition to Dish's Motion for an Anti−Suit Injunction, and the Declaration of Michael Biard in Support of Fox's Opposition to Dish's Motion for Anti−Suit Injunction served on Peter A. Bricks, E. Joshua Rosenkranz, Elyse D. Echtman, Annette Louise Hurst, Mark Alan Lemley, Michael H. Page and Jane G. Stevens on 06/08/2012. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc.. (Ross, Michael) (Entered: 06/08/2012) |
| 06/08/2012 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENTS – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Jane G Stevens to RE−FILE Documents 25 Rule 7.1 Corporate Disclosure Statement, 24 Rule 7.1 Corporate Disclosure Statement. ERROR(S): Corporate Parents were not added. Please re−file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). (lb)** (Entered: 06/08/2012) |
| 06/08/2012 | 36 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate General Electric Corporation, Other Affiliate Comcast Corporation for NBC Universal Media, L.L.C.. Document filed by NBC Universal Media, L.L.C..(Stevens, Jane) (Entered: 06/08/2012) |
| 06/08/2012 | 37 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate GAMCO Investors, Inc., Other Affiliate National Amusements, Inc. for |

| | | |
|---|---|---|
| | | CBS Corporation. Document filed by CBS Corporation.(Stevens, Jane) (Entered: 06/08/2012) |
| 06/08/2012 | 43 | MOTION for David R. Singer to Appear Pro Hac Vice. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc..(bwa) (Entered: 06/12/2012) |
| 06/11/2012 | 38 | ORDER granting 18 Motion for ANNETTE LOUISE HURST to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/11/2012) (ama) (Entered: 06/11/2012) |
| 06/11/2012 | 39 | ORDER granting 16 Motion for Michael H. Page to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/11/2012) (ama) (Entered: 06/11/2012) |
| 06/11/2012 | 40 | ORDER granting 17 Motion for Mark A. Lemley to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/11/2012) (ama) (Entered: 06/11/2012) |
| 06/11/2012 | 41 | ORDER DESIGNATING CASE FOR INCLUSION IN PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES. This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project"). The parties are directed to the court's website for a description of the Pilot Project, including procedures to be followed, at www.nysd.uscourts.gov. (Signed by Judge Laura Taylor Swain on 6/11/2012) (jar) (Entered: 06/11/2012) |
| 06/11/2012 | 42 | INITIAL CONFERENCE ORDER: Initial Conference set for 8/3/2012 at 09:45 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Judge Laura Taylor Swain. Further instructions as set forth within this order. (Signed by Judge Laura Taylor Swain on 6/11/2012) (jar) (Entered: 06/11/2012) |
| 06/13/2012 | 44 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/30/2012 before Judge Laura Taylor Swain. Court Reporter/Transcriber: Michael McDaniel, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/9/2012. Redacted Transcript Deadline set for 7/19/2012. Release of Transcript Restriction set for 9/14/2012.(McGuirk, Kelly) (Entered: 06/13/2012) |
| 06/13/2012 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/30/12 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 06/13/2012) |
| 06/15/2012 | 46 | NOTICE OF APPEARANCE by Kevin Taylor Baine on behalf of American Broadcasting Companies, Inc. (Baine, Kevin) (Entered: 06/15/2012) |
| 06/15/2012 | 47 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Walt Disney Company for American Broadcasting Companies, Inc.. Document filed by American Broadcasting Companies, Inc..(Baine, Kevin) (Entered: 06/15/2012) |
| 06/15/2012 | 48 | MOTION for Andrew J. Thomas to Appear Pro Hac Vice. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc..(bwa) (Entered: 06/15/2012) |
| 06/15/2012 | 49 | MOTION for Amy M. Gallegos to Appear Pro Hac Vice. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc..(bwa) (Entered: 06/15/2012) |
| 06/15/2012 | 50 | MOTION for Richard L. Stone to Appear Pro Hac Vice. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc..(bwa) (Entered: 06/15/2012) |

| 06/18/2012 | 51 | MEMORANDUM OF LAW *Of Plaintiff DISH Network L.L.C. In Opposition To The Cross−Motions Of Defendants Fox Entertainment Group, Inc., Fox Television Holdings, Inc., Fox Cable Network Services, L.L.C., CBS Corporation and NBCUniversal Media, L.L.C. And In Further Support Of Plaintiff's Motion For An Anti−Suit Injunction.* Document filed by Dish Network L.L.C.. (Bicks, Peter) (Entered: 06/18/2012) |
| 06/18/2012 | 52 | DECLARATION of David Shull re: 51 Memorandum of Law,. Document filed by Dish Network L.L.C.. (Bicks, Peter) (Entered: 06/18/2012) |
| 06/18/2012 | 53 | DECLARATION of Elyse D. Echtman re: 51 Memorandum of Law,. Document filed by Dish Network L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Echtman, Elyse) (Entered: 06/18/2012) |
| 06/18/2012 | 54 | NOTICE OF CHANGE OF ADDRESS by Annette Louise Hurst on behalf of Dish Network L.L.C.. New Address: Orrick, Herrington &Sutcliffe LLP, 405 Howard Street, San Francisco, CA, USA 94105, 415−773−5700. (Hurst, Annette) (Entered: 06/18/2012) |
| 06/19/2012 | 55 | DECLARATION of Service re: 41 Order Designating Case Complex Civil Case,, 42 Order for Initial Pretrial Conference,. Document filed by Dish Network L.L.C.. (Echtman, Elyse) (Entered: 06/19/2012) |
| 06/19/2012 | 56 | ORDER granting 48 Motion for Andrew J. Thomas to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/19/2012) (ama) (Entered: 06/19/2012) |
| 06/19/2012 | 57 | ORDER granting 50 Motion for Richard L. Stone to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/19/2012) (ama) (Entered: 06/19/2012) |
| 06/19/2012 | 58 | ORDER granting 49 Motion for Amy M. Gallegos to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/19/2012) (ama) (Entered: 06/19/2012) |
| 06/19/2012 | 59 | ORDER granting 43 Motion for David R. Singer to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/19/2012) (ama) (Entered: 06/19/2012) |
| 06/19/2012 | 60 | STIPULATION AND ORDER EXTENDING TIME: American Broadcasting Companies, Inc. answer due 6/22/2012. (Signed by Judge Laura Taylor Swain on 6/19/2012) (jar) (Entered: 06/19/2012) |
| 06/20/2012 | | CASHIERS OFFICE REMARK on 17 Motion to Appear Pro Hac Vice, 16 Motion to Appear Pro Hac Vice in the amount of $400.00, paid on 06/05/2012, Receipt Number 1040101, 1040102. (jd) (Entered: 06/20/2012) |
| 06/20/2012 | | CASHIERS OFFICE REMARK on 18 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 06/06/2012, Receipt Number 1040303. (jd) (Entered: 06/20/2012) |
| 06/20/2012 | | CASHIERS OFFICE REMARK on 43 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 06/08/2012, Receipt Number 1040538. (jd) (Entered: 06/20/2012) |
| 06/20/2012 | | CASHIERS OFFICE REMARK on 50 Motion to Appear Pro Hac Vice, 49 Motion to Appear Pro Hac Vice, 48 Motion to Appear Pro Hac Vice in the amount of $600.00, paid on 06/15/2012, Receipt Number 1041141, 1041142, 1041143. (jd) (Entered: 06/20/2012) |
| 06/20/2012 | 61 | Letter addressed to Judge Laura Taylor Swain from Jane G. Stevens dated 6/14/2012 re: We write on behalf of Defendants CBS Corporation and NBCUniversal Media, LLC (collectively, "CBS/NBCUniversal"). We have received a copy of the June 8, 2012 letter written to Your Honor by counsel for the Fox defendants requesting an informal conference and permission to file a motion seeking expedited discovery, arid the June 12, 2012 response from counsel for plaintiff Dish Network L.L.C. ("Dish"). Document filed by CBS Corporation, NBC Universal Media, L.L.C.(lmb) (Entered: 06/20/2012) |

| 06/20/2012 | 62 | Letter addressed to Judge Laura Taylor Swain from Elyse D. Echtman dated 6/12/2012 re: We write in response to the letter of June 8, 2012 from defendants Fox Entertainment Group, Inc., Fox Television Holdings, Inc., and Fox Cable Network Services, L.L.C.'s (collectively, "Fox") in which Fox requests an informal conference with the Court and permission to file a motion seeking expedited discovery from plaintiff DISH Network L.L.C. ("DISH"). For the reasons set forth below, Fox's request is premature. DISH respectfully requests that Fox be encouraged to confer with all parties to arrive at an overall case management plan that provides for discovery to take place in an orderly and coordinated fashion once the Court resolves Fox's venue challenge, Fox files an appropriate pleading in New York, and all of the parties have met and conferred to agree on a workable schedule. Document filed by Dish Network L.L.C.(lmb) (Entered: 06/20/2012) |
|---|---|---|
| 06/20/2012 | 63 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Susan J. Kohlmann dated 6/8/2012 re: Pursuant to Local Civil Rule 37.2, Fox Entertainment Group, Inc., Fox Television Holdings, Inc., and Fox Cable Network Services, L.L.C. request an informal conference with the Court and permission to file a motion seeking expedited discovery from Dish Network L.L.C. ("Dish"). ENDORSEMENT: The Court will conference this matter on June 22, 20912, at 3:45 p.m. in Courtroom 11C. Counsel wishing to participate by telephone must make their own conference call arrangements and contact the Courtroom Deputy, Ms. Ng, at 212–805–0424 for instructions s to how to contact the courtroom speakerphone. Fox must provide the court and all counsel with its specific discovery requests by 4:00 p.m. on June 20, 2012. (Signed by Judge Laura Taylor Swain on 6/19/2012) (djc) (Entered: 06/20/2012) |
| 06/20/2012 | | Set/Reset Hearings: Status Conference set for 6/22/2012 at 03:45 PM before Judge Laura Taylor Swain. (djc) (Entered: 06/20/2012) |
| 06/20/2012 | 64 | RESPONSE to Motion re: 26 MOTION to Dismiss , *Stay or Transfer.*, 28 MOTION to Dismiss.. Document filed by American Broadcasting Companies, Inc.. (Baine, Kevin) (Entered: 06/20/2012) |
| 06/20/2012 | 65 | MOTION for Jean Pierre Nogues to Appear Pro Hac Vice. Document filed by CBS Corporation, NBC Universal Media, L.L.C.(pgu) (Entered: 06/21/2012) |
| 06/20/2012 | 66 | MOTION for Patricia H. Benson to Appear Pro Hac Vice. Document filed by CBS Corporation, NBC Universal Media, L.L.C.(pgu) (Entered: 06/21/2012) |
| 06/20/2012 | 67 | MOTION for Robert H. Rotstein to Appear Pro Hac Vice. Document filed by CBS Corporation, NBC Universal Media, L.L.C.(pgu) (Entered: 06/21/2012) |
| 06/20/2012 | 68 | MOTION for J. Matthew Williams to Appear Pro Hac Vice. Document filed by CBS Corporation, NBC Universal Media, L.L.C.(pgu) (Entered: 06/21/2012) |
| 06/21/2012 | 69 | REPLY MEMORANDUM OF LAW in Support re: 26 MOTION to Dismiss , *Stay or Transfer.*. Document filed by CBS Corporation, NBC Universal Media, L.L.C.. (Attachments: # 1 Certificate of Service)(Stevens, Jane) (Entered: 06/21/2012) |
| 06/21/2012 | 70 | DECLARATION of Jean Pierre Nogues in Support re: 26 MOTION to Dismiss , *Stay or Transfer.*. Document filed by CBS Corporation, NBC Universal Media, L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Certificate of Service)(Stevens, Jane) (Entered: 06/21/2012) |
| 06/21/2012 | 71 | REPLY MEMORANDUM OF LAW in Support re: 28 MOTION to Dismiss.. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc.. (Kohlmann, Susan) (Entered: 06/21/2012) |
| 06/21/2012 | 72 | DECLARATION of Michael W. Ross in Support re: 71 Reply Memorandum of Law in Support of Motion. Document filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., The Fox Entertainment Group, Inc.. (Attachments: # 1 Exhibit 1)(Ross, Michael) (Entered: 06/21/2012) |
| 06/21/2012 | 73 | NOTICE OF APPEARANCE by Stephen Joseph Fuzesi on behalf of American Broadcasting Companies, Inc. (Fuzesi, Stephen) (Entered: 06/21/2012) |

| 06/22/2012 | 74 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Walt Disney Company for ABC, Inc., Disney Enterprises, Inc.. Document filed by ABC, Inc., Disney Enterprises, Inc..(Baine, Kevin) (Entered: 06/22/2012) |
|---|---|---|
| 06/22/2012 | 75 | ANSWER to 1 Complaint,., COUNTERCLAIM against Dish Network L.L.C., DISH Network Corporation. Document filed by American Broadcasting Companies, Inc., Disney Enterprises, Inc., ABC, Inc.. (Attachments: # 1 Exhibit Schedule A)(Baine, Kevin) (Entered: 06/22/2012) |
| 06/22/2012 | | Minute Entry for proceedings held before Judge Laura Taylor Swain: Discovery Hearing held on 6/22/2012. Show Cause Hearing is scheduled for 6/28/2012 at 6:00pm. If counsel is unavailable then, Show Cause Hearing is scheduled for 7/2/2012 at 6:00pm. (mro) (Entered: 06/26/2012) |
| 06/22/2012 | 76 | MOTION for James M. McDonald to Appear Pro Hac Vice. Document filed by American Broadcasting Companies, Inc.(pgu) (Entered: 06/26/2012) |
| 06/26/2012 | 77 | MOTION for Thomas G. Hentoff to Appear Pro Hac Vice. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc..(bwa) (Entered: 06/26/2012) |
| 06/27/2012 | 78 | ORDER granting 65 Motion for Jean Pierre Nogues to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/26/2012) (ama) (Entered: 06/27/2012) |
| 06/27/2012 | 79 | ORDER granting 66 Motion for Patricia H. Benson to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/26/2012) (ama) (Entered: 06/27/2012) |
| 06/27/2012 | 80 | ORDER granting 67 Motion for Robert H. Rotstein to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/26/2012) (ama) (Entered: 06/27/2012) |
| 06/27/2012 | 81 | ORDER granting 68 Motion for J. Matthew Williams to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/26/2012) (ama) (Entered: 06/27/2012) |
| 06/27/2012 | 82 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Elyse D. Echtman dated 6/26/12 re: Counsel writes to request that the 6/28/12 hearing be held on 7/2/12 at 6 p.m. ENDORSEMENT: The hearing will be held on July 2, 2012, at 6:00 pm. ( Show Cause Hearing set for 7/2/2012 at 06:00 PM before Judge Laura Taylor Swain.) (Signed by Judge Laura Taylor Swain on 6/26/2012) (mro) (Entered: 06/28/2012) |
| 06/28/2012 | | CASHIERS OFFICE REMARK on 66 Motion to Appear Pro Hac Vice, 65 Motion to Appear Pro Hac Vice, 68 Motion to Appear Pro Hac Vice in the amount of $800.00, paid on 06/20/2012, Receipt Number 1041539, 1041540, 1041541, 1041542. (jd) (Entered: 06/28/2012) |
| 06/28/2012 | | CASHIERS OFFICE REMARK on 76 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 06/22/2012, Receipt Number 1041818. (jd) (Entered: 06/28/2012) |
| 06/28/2012 | | CASHIERS OFFICE REMARK on 77 Motion to Appear Pro Hac Vice in the amount of $200.00, paid on 06/26/2012, Receipt Number 1041965. (jd) (Entered: 06/28/2012) |
| 06/29/2012 | 83 | ORDER FOR ADMISSION PRO HAC VICE: granting 76 Motion for James M. McDonald to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/29/2012) (js) (Entered: 07/02/2012) |
| 06/29/2012 | 84 | ORDER FOR ADMISSION PRO HAC VICE: granting 77 Motion for Thomas G. Hentoff to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 6/29/2012) (js) (Entered: 07/02/2012) |
| 07/02/2012 | 85 | ORDER: The time allocation for arguments at the July 2, 2012, hearing are as follows: Dish Network: 20 minutes; Movants (collectively): 20 minutes. SO ORDERED. (Signed by Judge Laura Taylor Swain on 7/02/2012) (ama) (Entered: 07/02/2012) |
| 07/02/2012 | 87 | ORDER : The time allocation for arguments at the July 2, 2012, hearing are as follows: Dish Network: 20 minutes. Movants (collectively): 20 minutes. (Signed by |

| | | |
|---|---|---|
| | | Judge Laura Taylor Swain on 7/2/2012) (ft) (Entered: 07/03/2012) |
| 07/02/2012 | | Minute Entry for proceedings held before Judge Laura Taylor Swain: Show Cause Hearing held on 7/2/2012. As stated on the record, the Court reserves itsdecision and will have a decision within a week. The TRO and Discovery Order shall remain in place. (pl) (Entered: 07/06/2012) |
| 07/03/2012 | 86 | SUMMONS RETURNED EXECUTED. DISH Network Corporation served on 6/25/2012, answer due 7/16/2012; Dish Network L.L.C. served on 6/25/2012, answer due 7/16/2012. Service was accepted by Narae Lee, Assistant Managing Clerk. Document filed by Disney Enterprises, Inc.; ABC, Inc.; American Broadcasting Companies, Inc.. (Baine, Kevin) (Entered: 07/03/2012) |
| 07/06/2012 | 88 | TRANSCRIPT of Proceedings re: Conference held on 6/22/2012 before Judge Laura Taylor Swain. Court Reporter/Transcriber: Carole Ludwig, (212) 420−0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/30/2012. Redacted Transcript Deadline set for 8/9/2012. Release of Transcript Restriction set for 10/9/2012.(mt) (Entered: 07/06/2012) |
| 07/06/2012 | 89 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 6/22/2012 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(mt) (Entered: 07/06/2012) |
| 07/09/2012 | 90 | MEMORANDUM OPINION AND ORDER: #102050 For the foregoing reasons, Dish's request for an anti−suit injunction is denied and as further set forth in this conclusion re: 26 MOTION to Dismiss , Stay or Transfer filed by NBC Universal Media, L.L.C., CBS Corporation, 28 MOTION to Dismiss filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., which are resolved. (Signed by Judge Laura Taylor Swain on 7/9/2012) (cd) Modified on 7/11/2012 (jab). (Entered: 07/09/2012) |
| 07/09/2012 | 101 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 90 Memorandum &Opinion. (tro) (Entered: 08/01/2012) |
| 07/13/2012 | 91 | NOTICE OF APPEARANCE by Hannah Mary Stott−Bumsted on behalf of ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc. (Stott−Bumsted, Hannah) (Entered: 07/13/2012) |
| 07/16/2012 | 92 | TRANSCRIPT of Proceedings re: argument held on 7/2/2012 before Judge Laura Taylor Swain. Court Reporter/Transcriber: Paula Speer, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/9/2012. Redacted Transcript Deadline set for 8/20/2012. Release of Transcript Restriction set for 10/18/2012.(McGuirk, Kelly) (Entered: 07/16/2012) |
| 07/16/2012 | 93 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 7/2/12 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/16/2012) |
| 07/16/2012 | 94 | ANSWER to 75 Counterclaim. Document filed by DISH Network Corporation, Dish Network L.L.C..(Echtman, Elyse) (Entered: 07/16/2012) |
| 07/17/2012 | 95 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by DISH Network Corporation.(Bicks, Peter) (Entered: 07/17/2012) |

| 07/25/2012 | 96 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Judge Laura Taylor Swain on 7/25/2012) (djc) (Entered: 07/25/2012) |
|---|---|---|
| 07/25/2012 | 97 | STIPULATION AND ORDER EXTENDING TIME OF CBS AND NBCU TO RESPOND TO COMPLAINT: THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the DISH, CBS and NBCU that the time for CBS and NBCU to answer, move or otherwise respond with respect to the operative complaint in the above–captioned action is hereby extended to and including the earlier of (a) 14 days following DISH's filing an amended complaint herein, whether on consent or by leave of Court, or (b) 14 days following a ruling on a motion by DISH for leave to amend its complaint that denies such leave. (Signed by Judge Laura Taylor Swain on 7/25/2012) (djc) (Entered: 07/25/2012) |
| 07/30/2012 | 99 | ENDORSED LETTER addressed to Judge Laura Taylor Swain, from Richard L. Stone, dated 7/27/2012, re: at the June 22, 2012 hearing concerning Fox's request for expedited discovery. Dish has purposefully chosen to produce a massive volume of documents that are more confidential, instead of producing the more readily understandable documents that were requested by Fox. Request that Your Honor set a brief telephone conference to resolve this pressing dispute. ENDORSEMENT: The conference will be conducted at 12:00 p.m. noon on Wednesday, August 1, 2012. Fox's counsel must call the courtroom Deputy (212–805–0424) on July 31, 2012 for call–in instructions. ( Telephone Conference set for 8/1/2012 at 12:00 PM before Judge Laura Taylor Swain.) (Signed by Judge Laura Taylor Swain on 7/30/2012) (ja) (Entered: 07/31/2012) |
| 07/31/2012 | 98 | ENDORSED LETTER addressed to Judge Laura Taylor Swain, from Elyse D. Echtman, dated 7/27/2012, re: joint request for an extension of time until Wednesday, August 1, 2012 to file the Initial Conference Report. ENDORSEMENT: The request is granted. The report must be filed, and a courtesy copy delivered to chambers by 12:00 p.m. noon on August 1, 2012. (Signed by Judge Laura Taylor Swain on 7/30/2012) (ja) (Entered: 07/31/2012) |
| 08/01/2012 | 100 | INITIAL REPORT OF PARTIES BEFORE PRETRIAL CONFERENCE. Document filed by ABC, Inc., American Broadcasting Companies, Inc., CBS Corporation, DISH Network Corporation, Dish Network L.L.C., Disney Enterprises, Inc., NBC Universal Media, L.L.C..(Echtman, Elyse) (Entered: 08/01/2012) |
| 08/01/2012 |  | Minute Entry for proceedings held before Judge Laura Taylor Swain: Discovery Hearing held on 8/1/2012. As stated on the record in open court, Dish is directed to produce all Functional Requirements Documents within 24 hrs. (rjm) (Entered: 08/02/2012) |
| 08/03/2012 | 102 | ORDER: The Scheduling Order, courtesy copies of which were given to the parties at the August 3, 2012, Initial Pre–trial Conference, has been uploaded to ECF as Scheduling Order No. 1. (Signed by Judge Laura Taylor Swain on 8/3/2012) (lmb) (Entered: 08/03/2012) |
| 08/03/2012 | 103 | PRE–TRIAL SCHEDULING ORDER NO. 1: Amended Pleadings due by 11/30/2012. Motions due by 7/19/2013. Expert Discovery due by 6/21/2013. Discovery due by 3/29/2013. Final Pretrial Conference set for 12/6/2013 at 10:00 AM before Judge Laura Taylor Swain. (Signed by Judge Laura Taylor Swain on 8/3/2012) (lmb) (Entered: 08/03/2012) |
| 08/03/2012 | 104 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge Kevin Nathaniel Fox. (Signed by Judge Laura Taylor Swain on 8/3/2012) (lmb) (Entered: 08/03/2012) |
| 08/03/2012 |  | Minute Entry for proceedings held before Judge Laura Taylor Swain: Initial Pretrial Conference held on 8/3/2012. IPTC held. PTC Scheduling Order to follow. Case is referred to MJ Fox for GPT. (Order to follow.) FPTC is scheduled for 12/6/2013 at 10:00am. ( Final Pretrial Conference set for 12/6/2013 at 10:00 AM before Judge Laura Taylor Swain.). (jfe) (Entered: 08/09/2012) |

| 08/06/2012 | 105 | TRANSCRIPT of Proceedings re: proceedings held on 8/1/2012 before Judge Laura Taylor Swain. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/30/2012. Redacted Transcript Deadline set for 9/10/2012. Release of Transcript Restriction set for 11/8/2012.(tro) (Entered: 08/06/2012) |
|---|---|---|
| 08/06/2012 | 106 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a proceedings proceeding held on 8/1/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 08/06/2012) |
| 08/08/2012 | 107 | NOTICE OF APPEARANCE by Lisa T. Simpson on behalf of DISH Network Corporation, Dish Network L.L.C. (Simpson, Lisa) (Entered: 08/08/2012) |
| 08/13/2012 | 108 | STIPULATION TO AMEND THE COMPLAINT AND MODIFY THE CASE CAPTION: IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties, pursuant to Fed. R. Civ. P. 15(a), that DISH Network L.L.C. ("DISH") may amend its complaint in this action by filing the attached proposed first amended complaint. This stipulation is made with reservation of all rights by all parties, and by stipulating to permit DISH to amend, no party waives any rights. IT IS FURTHER STIPULATED AND AGREED that the names of Fox Entertainment Group, Inc., Fox Television Holdings, Inc. and Fox Cable Network Services, L.L.C. should be removed from the case caption as defendants on DISH's declaratory judgment claims, and the names of ABC, Inc. and Disney Enterprises, Inc. should be added to the case caption as defendants on DISH's declaratory judgment claims. Pursuant to the Court's Memorandum Opinion and Order dated July 9, 2012 (Dkt. #90), those Fox entities are no longer parties to this action. In its first amended complaint, DISH is adding declaratory judgment claims against ABC, Inc. and Disney Enterprises, Inc. The case caption of DISH's proposed first amended complaint does not contain the Fox entities, and does contain ABC, Inc. and Disney Enterprises, Inc., and the parties respectfully request that the Court direct the Clerk of the Court to change the case caption in the records of this Court accordingly. IT IS FURTHER STIPULATED AND AGREED that counsel for ABC, Inc. and Disney Enterprises, Inc. consent to accept service of the summons and first amended complaint in this action on behalf of ABC, Inc. and Disney Enterprises, Inc. (Signed by Judge Laura Taylor Swain on 8/10/2012) (mro) (Entered: 08/13/2012) |
| 08/14/2012 | 109 | FIRST AMENDED DECLARATORY JUDGMENT COMPLAINT amending 1 Complaint, against ABC, Inc., American Broadcasting Companies, Inc., CBS Corporation, Disney Enterprises, Inc., NBC Universal Media, L.L.C. with JURY DEMAND.Document filed by Dish Network L.L.C.. Related document: 1 Complaint, filed by Dish Network L.L.C..(pl) (ml). (Entered: 08/15/2012) |
| 08/14/2012 | | ***NOTE TO ATTORNEY TO E–MAIL PDF. Note to Attorney Peter A. Bicks for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E–MAIL the PDF for Document 109 Amended Complaint, to: caseopenings@nysd.uscourts.gov. (pl) (Entered: 08/15/2012) |
| 08/16/2012 | 110 | TRANSCRIPT of Proceedings re: proceedings held on 8/3/2012 before Judge Laura Taylor Swain. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/10/2012. Redacted Transcript Deadline set for 9/20/2012. Release of Transcript Restriction set for 11/19/2012.(tro) (Entered: 08/16/2012) |
| 08/16/2012 | 111 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a proceedings proceeding held on 8/3/2012 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made |

| | | remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 08/16/2012) |
|---|---|---|
| 08/21/2012 | 112 | ORDER: IT IS HEREBY ORDERED that a settlement conference shall be held in the above−captioned action on January 28, 2013, at 10:30 a.m., in courtroom 20A, 500 Pearl Street, New York, New York. The parties are directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, a copy of which is being provided to the parties with this Order. Additionally, at least seven days prior to the settlement conference, the parties must confer, in person or by telephone, to engage in good−faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, immediately. ( Settlement Conference set for 1/28/2013 at 10:30 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Kevin Nathaniel Fox.) (Signed by Magistrate Judge Kevin Nathaniel Fox on 8/20/2012) (mro) (Entered: 08/21/2012) |
| 08/29/2012 | 113 | ANSWER to 109 Amended Complaint,,, COUNTERCLAIM against Dish Network L.L.C.. Document filed by NBC Universal Media, L.L.C..(Stevens, Jane) (Entered: 08/29/2012) |
| 08/29/2012 | 114 | MOTION to Transfer Case *to the Central District of California*. Document filed by NBC Universal Media, L.L.C..(Stevens, Jane) (Entered: 08/29/2012) |
| 08/29/2012 | 115 | MEMORANDUM OF LAW in Support re: 114 MOTION to Transfer Case *to the Central District of California*.. Document filed by NBC Universal Media, L.L.C.. (Stevens, Jane) (Entered: 08/29/2012) |
| 08/29/2012 | 116 | DECLARATION of Jane G. Stevens in Support re: 114 MOTION to Transfer Case *to the Central District of California*.. Document filed by NBC Universal Media, L.L.C.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Stevens, Jane) (Entered: 08/29/2012) |
| 08/30/2012 | 117 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Jane G. Stevens dated 8/27/2012 re: Counsel for the defendant requests that the Court grant it a two−week extension of time in which to answer, move or otherwise respond to DISH's Amended Complaint, until September 11, 2012. ENDORSEMENT: The request is granted. CBS Corporation answer due 9/11/2012. (Signed by Judge Laura Taylor Swain on 8/30/2012) (ft) (Entered: 08/30/2012) |
| 08/30/2012 | 118 | Letter addressed to Judge Laura Taylor Swain from Jane G. Stevens dated 8/27/2012 re: Counsel for the defendant writes regarding the correspondence submitted to the Court today by co−Defendant CBS Corporation ("CBS") and Plaintiff DISH Network LL.C. ("DISH"). Document filed by NBC Universal Media, L.L.C.(ft) (Entered: 08/30/2012) |
| 08/30/2012 | 119 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Elyse D. Echtman dated 8/27/2012 re: Counsel for the plaintiff writes to request that its response to both the CBS and NBC motions be due on 9/11/2012. ENDORSEMENT: The request is denied. (Signed by Judge Laura Taylor Swain on 8/30/2012) (ft) (Entered: 08/30/2012) |
| 08/31/2012 | 120 | ANSWER to 109 Amended Complaint,,, COUNTERCLAIM against DISH Network Corporation, Dish Network L.L.C.. Document filed by Disney Enterprises, Inc., American Broadcasting Companies, Inc., ABC, Inc.. (Attachments: # 1 Exhibit Schedule A)(Hentoff, Thomas) (Entered: 08/31/2012) |
| 09/10/2012 | 121 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Hamish Hume dated 9/7/2012 re: Counsel respectfully requests that the Court endorse this letter and grant CBS an extension until 10/1/2012 to file a response to plaintiff's Fist Amended Complaint. ENDORSEMENT: The requested extension is granted. (Signed by Judge Laura Taylor Swain on 9/7/2012) (jfe) (Entered: 09/10/2012) |
| 09/10/2012 | | Set/Reset Deadlines: CBS Corporation answer due 10/1/2012. (jfe) (Entered: 09/10/2012) |
| 09/11/2012 | 122 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that subject to approval by the court, Defendant CBS Corporation substitutes Jonathan Schiller and Hamish Hume as counsel of record in place of the |

| | | Mitchell Silberberg &Knupp Law firm and attorneys Jean Pierre Nogues; Robert H. Rotstein; Jane G Stevens; J. Matthew D. Williams; Patricia H. Benson and Jeffrey M. Movit terminated. The substitution of attorney is hereby approved and so ORDERED. (Signed by Judge Laura Taylor Swain on 9/10/2012) (ago) Modified on 9/13/2012 (ago). (Entered: 09/11/2012) |
|---|---|---|
| 09/17/2012 | 123 | MEMORANDUM OF LAW in Opposition re: 114 MOTION to Transfer Case *to the Central District of California.*. Document filed by Dish Network L.L.C.. (Bicks, Peter) (Entered: 09/17/2012) |
| 09/17/2012 | 124 | DECLARATION of Lisa T. Simpson in Opposition re: 114 MOTION to Transfer Case *to the Central District of California.*. Document filed by Dish Network L.L.C.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Bicks, Peter) (Entered: 09/17/2012) |
| 09/24/2012 | 125 | ANSWER to 113 Counterclaim. Document filed by Dish Network L.L.C..(Bicks, Peter) (Entered: 09/24/2012) |
| 09/24/2012 | 126 | ANSWER to 120 Counterclaim. Document filed by DISH NETWORK Corporation, Dish Network L.L.C..(Bicks, Peter) (Entered: 09/24/2012) |
| 09/27/2012 | 127 | REPLY MEMORANDUM OF LAW in Support re: 114 MOTION to Transfer Case *to the Central District of California.*. Document filed by NBC Universal Media, L.L.C.. (Stevens, Jane) (Entered: 09/27/2012) |
| 09/27/2012 | 128 | DECLARATION of Jane G. Stevens in Support re: 114 MOTION to Transfer Case *to the Central District of California.*. Document filed by NBC Universal Media, L.L.C.. (Attachments: # 1 Exhibit A)(Stevens, Jane) (Entered: 09/27/2012) |
| 10/01/2012 | 130 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Hamish P.M. Hume dated 9/27/2012 re: Counsel requests that this Court consolidate the matters of Dish Network LLC v. ABC. Inc. et. al., Case No. 12–cv–4155 (LTS) (KNF) and CBS Broadcasting Inc. et al., v. Dish Network Corporation et al., Case No. 12–cv–6812 (LTS)(KNF), the proceedings in CBS Broadcasting Inc. et. al., v. Dish Network Corporation et al., Case No. 12–cv– 6812 (LTS)(KNF) be stayed, and CBS shall be granted an extension until October 5, 2012, to file a response to Dish Network LLC's First Amended Complaint. ENDORSEMENT: The foregoing requests are granted. A separate consolidation order will be entered. (Signed by Judge Laura Taylor Swain on 9/28/2012) Filed In Associated Cases: 1:12–cv–04155–LTS–KNF, 1:12–cv–06812–LTS(ft) (Entered: 10/03/2012) |
| 10/01/2012 | | Set/Reset Deadlines: CBS Corporation answer due 10/5/2012. Associated Cases: 1:12–cv–04155–LTS–KNF, 1:12–cv–06812–LTS(ft) (Entered: 10/03/2012) |
| 10/03/2012 | 129 | ORDER CONSOLIDATING CASES: The Court has received the parties' joint request to consolidate these above captioned cases. It is hereby ORDERED as follows: The above–captioned actions are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a). The consolidated cases shall be referred to collectively as In re AutoHop Litigation, Master File 12 Civ. 4155 (LTS)(KNF). No action taken hereunder shall have the effect of making any person, firm or corporation a party to any action in which the person or entity has not been named, served, or added as such in accordance with the Federal Rules of Civil Procedure. A Master File is hereby established for the consolidated proceedings in the Consolidated Actions. The Master File shall be Civil Action No. 12 Civ. 4155 (LTS)(KNF). The original of this Order shall be docketed by the Clerk of Court in the Master File herein established. The Clerk shall maintain a separate file for each of the Consolidated Actions, and filings shall be made therein in accordance with the regular procedures of the Clerk of this Court except as modified by this Order. The Clerk shall docket a copy of this Order in each such separate file. Once the Clerk has docketed this Order, counsel of record in each of the Consolidated Actions will receive a Notice of Electronic Filing. Every pleading filed in the Consolidated Action, and in any separate action included therein, shall bear the caption listed herein. When a pleading is intended to be applicable to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption. When a pleading is |

| | | |
|---|---|---|
| | | intended to apply to fewer than all of such actions, the docket number for each individual action to which it is intended to apply and the name of the plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption. When a pleading or other paper is filed, the parties shall electronically file such paper pursuant to this Court's Guidelines and Amended Instructions for Electronic Case Filing. When the caption, pursuant to this Order, must show that it is applicable to "Both Actions," the parties shall file such paper in the Master File only. Docket entries shall not be made to each separate action. If the caption shows that it is applicable to fewer than "Both Actions," the parties shall file such paper in the Master File and electronically file such paper to the action to which it applies. (Signed by Judge Laura Taylor Swain on 10/3/2012) Filed In Associated Cases: 1:12−cv−04155−LTS−KNF, 1:12−cv−06812−LTS(mro) (Entered: 10/03/2012) |
| 10/05/2012 | 131 | STIPULATION AND ORDER DEFENDANTS/COUNTER CLAIMPLAINTIFFS ABC, INC., AMERICAN BROADCASTING COMPANIES, INC., AND DISNEY ENTERPRISES, INC. TO FILE AMENDED ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED DECLARATORY,JUDGMENT COMPLAINT AND TO MODIFY THE CASE CAPTION: The attorneys for Defendants/Counterclaim Plaintiffs ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. (collectively, "ABC Parties") and Plaintiff/Counterclaim Defendant DISH Network, L.L.C. and Counterclaim Defendant DISH Network Corporation (collectively, "DISH") hereby stipulate and agree as follows: 1. Pursuant to Fed. R. Civ. P. 15(a)(2) and the Pre−Trial Scheduling Order entered in the above−captioned case (ECF No. 103), the ABC Parties may amend their Answer and Counterclaims by filing the attached proposed Amended Answer and Counterclaims to Plaintiff's First Amended Declaratory Judgment Complaint. This stipulation is made with reservation of all rights by all parties, and by stipulating to permit the ABC Parties to amend their Answer and Counterclaims, no party waives any rights. 2. The name of Echo Star Technologies L.L.C., should be added to the case caption as a Counterclaim Defendant in connection with the ABC Parties' Counterclaims. [n their Amended Answer and Counterclaims, the ABC Parties are adding Counterclaims against EchoStar Technologies L.L.C. The case caption of the ABC Parties' proposed Amended Answer and Counterclaims contains EchoStar Technologies L.L.C., and the parties respectfully request that the Court direct the Clerk of the Court to change the case caption in the records of this Court accordingly. 3. The ABC Parties' Answer to Plaintiff's First Amended Declaratory Judgment Complaint and Counterclaims, filed by the ABC Parties on August 31, 2012, is hereby superseded. The parties stipulate and agree that the ABC Parties' Amended Answer and Counterclaims will be deemed to be the Answer and Counterclaims to Plaintiffs First Amended Declaratory Judgment Complaint. The ABC Parties' Amended Answer and Counterclaims, including the modified case caption, is attached hereto as Exhibit 1. (Signed by Judge Laura Taylor Swain on 10/4/2012) (ago) Modified on 10/10/2012 (ago). (Entered: 10/05/2012) |
| 10/05/2012 | 132 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Hamish Hume dated 10/4/2012 re: Defense counsel for CBS Corporation,CBS Broadcasting, Inc., CBS Studios Inc and Survivor Productions, LLC writes to request that the Court grant CBS an extension until October 12, 2012 to file a response to plaintiff's First Amended Complaint. ENDORSEMENT: The request is granted. CBS Corporation answer due 10/12/2012; CBS Studios Inc. answer due 10/12/2012; Survivor Productions LLC answer due 10/12/2012. (Signed by Judge Laura Taylor Swain on 10/4/2012) (ago) (Entered: 10/05/2012) |
| 10/09/2012 | 133 | ANSWER to 109 Amended Complaint,., COUNTERCLAIM against DISH Network Corporation, Dish Network L.L.C., EchoStar Technologies, L.L.C.. Document filed by Disney Enterprises, Inc., American Broadcasting Companies, Inc., ABC, Inc.. (Attachments: # 1 Exhibit Schedule A)(Fuzesi, Stephen) (Entered: 10/09/2012) |
| 10/10/2012 | 134 | ENDORSED LETTER addressed to Judge Laura Taylor Swain, from Thomas G. Hentoff and Elyse D. Echtman, dated 10/5/2012, re: Joint Letter Application to Extend Deadline for Completion of Discovery Relating to the ABC Parties' Preliminary Injunction Motion to October 23, 2012. ENDORSEMENT: The |

| | | |
|---|---|---|
| | | request is granted. ( Discovery due by 10/23/2012.) (Signed by Judge Laura Taylor Swain on 10/10/2012) (ja) (Entered: 10/11/2012) |
| 10/11/2012 | 135 | NOTICE OF APPEARANCE by Joshua Schiller on behalf of CBS Corporation (Schiller, Joshua) (Entered: 10/11/2012) |
| 10/11/2012 | 136 | SUMMONS RETURNED EXECUTED Summons and Answer to Amended Complaint, Counterclaim,, served. EchoStar Technologies, L.L.C. served on 10/9/2012, answer due 10/30/2012. Service was accepted by Thomas Backiel, Managing Clerk. Document filed by Disney Enterprises, Inc.; American Broadcasting Companies, Inc., ABC, Inc.. (Fuzesi, Stephen) (Entered: 10/11/2012) |
| 10/12/2012 | 137 | ANSWER to 109 Amended Complaint,., COUNTERCLAIM against Dish Network L.L.C., EchoStar Technologies, L.L.C.. Document filed by CBS Corporation, CBS Broadcasting Inc., Survivor Productions LLC, CBS Studios Inc.(Schiller, Jonathan) (Entered: 10/12/2012) |
| 10/24/2012 | 138 | MOTION for Julia H. Pudlin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–7936190. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc., Disney Enterprises, Inc..(Pudlin, Julia) (Entered: 10/24/2012) |
| 10/24/2012 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 138 MOTION for Julia H. Pudlin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–7936190. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (pgu)** (Entered: 10/24/2012) |
| 10/26/2012 | 139 | ANSWER to 133 Counterclaim. Document filed by DISH Network Corporation, Dish Network L.L.C., EchoStar Technologies, L.L.C..(Bicks, Peter) (Entered: 10/26/2012) |
| 10/29/2012 | 140 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent EchoStar Corporation for EchoStar Technologies, L.L.C.. Document filed by EchoStar Technologies, L.L.C..(Bicks, Peter) (Entered: 10/29/2012) |
| 10/29/2012 | 141 | ANSWER to 133 Counterclaim. Document filed by Echostar Technologies L.L.C..(Bicks, Peter) (Entered: 10/29/2012) |
| 11/05/2012 | 142 | ORDER FOR ADMISSION PRO HAC VICE granting 138 Motion for Julia H. Pudlin to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 10/26/2012) (lmb) (Entered: 11/05/2012) |
| 11/05/2012 | 143 | ANSWER to 137 Counterclaim. Document filed by Dish Network L.L.C..(Bicks, Peter) (Entered: 11/05/2012) |
| 11/05/2012 | 144 | ANSWER to 137 Counterclaim. Document filed by EchoStar Technologies, L.L.C..(Bicks, Peter) (Entered: 11/05/2012) |
| 11/09/2012 | 145 | MOTION for David Laurence Zifkin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–7965955. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by CBS Broadcasting Inc., CBS Corporation, CBS Studios Inc, CBS Studios Inc., Survivor Productions LLC. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order)(Zifkin, David) (Entered: 11/09/2012) |
| 11/09/2012 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 145 MOTION for David Laurence Zifkin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–7965955. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (pgu)** (Entered: 11/09/2012) |
| 11/13/2012 | 146 | STIPULATION CONCERNING DISCOVERY, USE &CONFIDENTIALITY OF NIELSEN DATA...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/13/2012) (ft) (Entered: 11/14/2012) |

| 11/14/2012 | 147 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Hannah M. Scott–Bumstead and Elyse D. Echtman dated 11/09/2012 re: Joint Letter Application To Set Briefing Schedule and Page Limitations For Briefing Relating to ABC's Preliminary Injunction Motion. ENDORSEMENT: The Proposed Schedule and page limits are approved. SO ORDERED., ( Motions due by 11/23/2012., Responses due by 12/21/2012, Replies due by 1/15/2013.) (Signed by Judge Laura Taylor Swain on 11/13/2012) (ama) (Entered: 11/15/2012) |
|---|---|---|
| 11/14/2012 | 148 | ENDORSED LETTER: addressed to Judge Laura Taylor Swain from Hannah M. Stott–Bumsted, Hamish Hume, Elyse D. Echtman, and Jane G. Stevens dated 10/25/2012 re: The Parties submit this joint letter application requesting that the Court approve the Parties' agreement to extend by three weeks the two deadlines set forth in Paragraph 12, sub–paragraph (c) of the Court's August 3, 2012 Pre–Trial Scheduling Order ("Scheduling Order"), and to make one other minor amendment to paragraph 1 of that Scheduling Order. ENDORSEMENT: Application granted. So Ordered. (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/14/2012) (js) (Entered: 11/16/2012) |
| 11/23/2012 | 149 | MOTION for Preliminary Injunction. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc..(Stott–Bumsted, Hannah) (Entered: 11/23/2012) |
| 11/23/2012 | 150 | DECLARATION of Marsha Reed in Support re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Attachments: # 1 Exhibit 1a, # 2 Exhibit 1b, # 3 Exhibit 1c)(Stott–Bumsted, Hannah) (Entered: 11/23/2012) |
| 11/23/2012 | 151 | CERTIFICATE OF SERVICE of Motion for Preliminary Injunction and Supporting Documents served on DISH Network L.L.C., CBS Corporation, NBCUniversal Media, L.L.C. on 11/23/2012. Service was made by Federal Express. Document filed by ABC, Inc., American Broadcasting Companies, Inc.. (Stott–Bumsted, Hannah) (Entered: 11/23/2012) |
| 11/26/2012 | 152 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Elyse D. Echtman, Hannah M. Stott–Bumsted, Hamish Hume and Jane G. Stevens dated 11/16/12 re: Counsel for the parties writes jointly to request an extension to 11/30/12 for the parties to agree on e–discovery protocols. Counsel also requests until 12/19/12 to submit any disputed issues that have arisen in the negotiation of the e–discovery protocol by Judge Fox. ENDORSEMENT: Application granted. So ordered. (Signed by Magistrate Judge Kevin Nathaniel Fox on 11/21/2012) (mro) (Entered: 11/26/2012) |
| 11/26/2012 | 153 | SEALED DOCUMENT placed in vault.(nm) (Entered: 11/26/2012) |
| 11/29/2012 | 154 | ORDER granting 145 Motion for David L. Zifkin to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 11/29/2012) (ama) (Entered: 11/29/2012) |
| 12/07/2012 | 155 | MEMORANDUM OF LAW in Support re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Pudlin, Julia) (Entered: 12/07/2012) |
| 12/07/2012 | 156 | DECLARATION of Thomas G. Hentoff in Support re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14a, # 15 Exhibit 14b, # 16 Exhibit 14c, # 17 Exhibit 14d, # 18 Exhibit 14e, # 19 Exhibit 14f, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Exhibit 17, # 23 Exhibit 18, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30, # 36 Exhibit 31, # 37 Exhibit 32, # 38 Exhibit 33, # 39 Exhibit 34, # 40 Exhibit 35, # 41 Exhibit 36, # 42 Exhibit 37a, # 43 Exhibit 37b, # 44 Exhibit 37c, # 45 Exhibit 37d, # 46 Exhibit 38, # 47 Exhibit 39, # 48 Exhibit 40, # 49 Exhibit 41, # 50 Exhibit 42, # 51 Exhibit 43, # 52 Exhibit 44, # 53 Exhibit 45)(Pudlin, Julia) (Entered: 12/07/2012) |

| 12/07/2012 | 157 | DECLARATION of Justin Connolly in Support re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Pudlin, Julia) (Entered: 12/07/2012) |
|---|---|---|
| 12/07/2012 | 158 | DECLARATION of Mark Loughney in Support re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Pudlin, Julia) (Entered: 12/07/2012) |
| 12/07/2012 | 159 | DECLARATION of Patrick McGovern in Support re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Pudlin, Julia) (Entered: 12/07/2012) |
| 12/07/2012 | 160 | JOINT ELECTRONIC DISCOVERY SUBMISSION NO. 1 AND ORDER: (DISH and the Networks are referred to as the "Parties") hereby submit this Joint Electronic Submission No. 1 and [Proposed] Order. To the extent relevant information is stored in electronic format, this Joint Submission and [Proposed] Order (and any subsequent ones) and the Stipulated Protective Order (Doc. #96) shall be the governing documents by which the Parties and the Court manage the electronic discovery process in this consolidated action. (Signed by Magistrate Judge Kevin Nathaniel Fox on 12/7/2012) (ja) (Entered: 12/10/2012) |
| 12/21/2012 | 161 | MOTION for John Bergmayer to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8088236. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Public Knowledge. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Certificate of Good Standing)(Bergmayer, John) (Entered: 12/21/2012) |
| 12/21/2012 | 162 | MOTION for Leave to File Amicus Brief Opposition Motion for Preliminary Injunction. Document filed by Public Knowledge. (Attachments: # 1 Text of Proposed Order)(Bergmayer, John) (Entered: 12/21/2012) |
| 12/21/2012 | 163 | MEMORANDUM OF LAW in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Public Knowledge. (Attachments: # 1 Corporate Disclosure Statement)(Bergmayer, John) (Entered: 12/21/2012) |
| 12/21/2012 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 161 MOTION for John Bergmayer to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8088236. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 12/21/2012) |
| 12/21/2012 | 164 | SEALED DOCUMENT placed in vault.(nm) (Entered: 12/27/2012) |
| 01/03/2013 | 165 | RESPONSE in Opposition re: 162 MOTION for Leave to File Amicus Brief Opposition Motion for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Pudlin, Julia) (Entered: 01/03/2013) |
| 01/10/2013 | 166 | ENDORSED LETTER addressed to Judge Laura Taylor Swain, from Thomas G. Hentoff, dated 1/9/2013, re: The ABC Parties' Reply in support of their Motion for a Preliminary Injunction is due on January 15, 2013. Request the Court's permission to file the Reply and supporting papers under seal on January 16, 2013. ENDORSEMENT: The request to authorize sealed filing of the unredacted versions of the referenced papers is granted. Redacted copies must be filed on ECF. (Signed by Judge Laura Taylor Swain on 1/10/2013) Filed In Associated Cases: 1:12–cv–04155–LTS–KNF, 1:12–cv–06812–LTS(ja) (Entered: 01/10/2013) |
| 01/10/2013 | 167 | ENDORSED LETTER addressed to Judge Laura Taylor Swain, from Hannah M. Scott–Bumsted, Elyse D. Echtman, Harnish Hume, and Jane G. Stevens, dated 1/8/2013, re: request approval from the Court of an agreed–upon modification of paragraph 1 of the Court's August 3, 2012 Pre–Trial Scheduling Order, as previously modified by joint letter of the Parties submitted on October 25, 2012 and endorsed by the Court on November 14, 2012. ENDORSEMENT: The requested extension is granted. (Signed by Judge Laura Taylor Swain on |

| | | 1/10/2013) Filed In Associated Cases: 1:12−cv−04155−LTS−KNF, 1:12−cv−06812−LTS(ja) Modified on 1/10/2013 (ja). (Entered: 01/10/2013) |
|---|---|---|
| 01/10/2013 | | Set/Reset Deadlines: Replies due by 1/16/2013. Associated Cases: 1:12−cv−04155−LTS−KNF, 1:12−cv−06812−LTS(ja) (Entered: 01/15/2013) |
| 01/11/2013 | 168 | ENDORSED LETTER: addressed to Judge Laura Taylor Swain from Hannah M. Scott−Bumsted and Elyse D. Echtman dated 1/8/2013 re: Based on the foregoing, we respectfully request that the Court endorse this letter. such that paragraph 1 of the Scheduling Order shall provide for the CBS Parties to have until January 22, 2013 to apply to amend their counterclaims. ENDORSEMENT: Application granted. So Ordered. (Signed by Magistrate Judge Kevin Nathaniel Fox on 1/10/2013) (js) (Entered: 01/11/2013) |
| 01/16/2013 | 169 | SEALED DOCUMENT placed in vault.(nm) (Entered: 01/16/2013) |
| 01/18/2013 | 170 | ORDER denying 161 Motion for John Bergmayer to Appear Pro Hac Vice; denying 162 Motion for Leave to File Document. The motion for leave to file an amicus brief is therefore denied. Public Knowledge's request for pro hac vice admission is denied for the same reason. This Order terminates docket entries no. 161 and 162. SO ORDERED.(Signed by Judge Laura Taylor Swain on 1/18/2013) (ama) (Entered: 01/18/2013) |
| 01/18/2013 | 171 | REPLY AFFIDAVIT of Thomas G. Hentoff in Support re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Attachments: # 1 Exhibit 52)(Pudlin, Julia) (Entered: 01/18/2013) |
| 01/22/2013 | 172 | MOTION for Leave to File *Amended Counterclaims*. Document filed by CBS Broadcasting Inc, CBS Studios Inc, Survivor Productions LLC. (Attachments: # 1 Exhibit Amended Counterclaims)Filed In Associated Cases: 1:12−cv−04155−LTS−KNF, 1:12−cv−06812−LTS(Schiller, Joshua) (Entered: 01/22/2013) |
| 01/25/2013 | 173 | ORDER: At the request of ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc., CBS Corporation, CBS Broadcasting Inc., CBS Studios Inc., Survivor Productions, LLC. and NBC Universal Media, LLC., and with the consent of Dish Network LLC., Dish Network Corporation and EchoStar Technologies LLC., the settlement conference, scheduled previously for January 28, 2013, is cancelled. The parties shall, after a ruling on the outstanding motion for a preliminary injunction, confer and, thereafter, submit to the Court three (3) dates on which all parties will be available to attend a settlement conference. (Signed by Magistrate Judge Kevin Nathaniel Fox on 1/25/2013) (ja) (Entered: 01/25/2013) |
| 01/28/2013 | 174 | MEMORANDUM OF LAW in Opposition re: 149 MOTION for Preliminary Injunction. */Public−Redacted Version of DISH's Memorandum of Law in Opposition to ABC's Motion for Preliminary Injunction (Original Filed Under Seal)*. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Bicks, Peter) (Entered: 01/28/2013) |
| 01/30/2013 | 175 | ORDER: that a telephonic conference shall be held in the above−captioned action on February 4, 2013, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805−6705. ( Telephone Conference set for 2/4/2013 at 02:00 PM before Magistrate Judge Kevin Nathaniel Fox.) (Signed by Magistrate Judge Kevin Nathaniel Fox on 1/29/2013) (ja) (Entered: 01/30/2013) |
| 02/01/2013 | 176 | MOTION for Stanley Edward Fisher to Appear Pro Hac Vice *on behalf of ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc.*. Filing fee $ 200.00, receipt number 0208−8196925. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc., Disney Enterprises, Inc..(Fisher, Stanley) (Entered: 02/01/2013) |
| 02/01/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 176 MOTION for Stanley Edward Fisher to Appear Pro Hac Vice *on behalf of ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc.*. Filing fee $ 200.00, receipt number 0208−8196925.** |

| | | Motion and support. The document has been reviewed and there are no deficiencies. (bwa) (Entered: 02/01/2013) |
|---|---|---|
| 02/04/2013 | 177 | ORDER FOR ADMISSION PRO HAC VICE: granting 176 Motion for Stanley E. Fisher to Appear Pro Hac Vice. (Signed by Judge Laura Taylor Swain on 2/4/2013) (ja) (Entered: 02/04/2013) |
| 02/04/2013 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Telephone Conference held on 2/4/2013. A telephonic conference was held with the parties, during the conference, the Court resolved the discovery disputes presented to it in correspondence received from the parties on January 25 and January 30, 2013. (mro) (Entered: 02/07/2013) |
| 02/04/2013 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Telephone Conference held on 2/4/2013. (mro) (Entered: 02/26/2013) |
| 02/05/2013 | 178 | REPLY MEMORANDUM OF LAW in Support re: 149 MOTION for Preliminary Injunction. *Public Redacted Version of Reply Memorandum of Law in Support of Motion of ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. for a Preliminary Injunction (Original Filed Under Seal).* Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Pudlin, Julia) (Entered: 02/05/2013) |
| 02/05/2013 | 179 | REPLY AFFIDAVIT of Thomas G. Hentoff in Support re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Attachments: # 1 Exhibit 46, # 2 Exhibit 47, # 3 Exhibit 48, # 4 Exhibit 49, # 5 Exhibit 50, # 6 Exhibit 51)(Pudlin, Julia) (Entered: 02/05/2013) |
| 02/12/2013 | 180 | DECLARATION of Elyse D. Echtman in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Attachments: # 1 Exhibit 1–3 to Declaration of Elyse D. Echtman, # 2 Exhibit 4–10 to Declaration of Elyse D. Echtman, # 3 Exhibit 11 to Declaration of Elyse D. Echtman, # 4 Exhibit 12–13 to Declaration of Elyse D. Echtman)(Bicks, Peter) (Entered: 02/12/2013) |
| 02/12/2013 | 181 | DECLARATION of Keith Gerhards in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Bicks, Peter) (Entered: 02/12/2013) |
| 02/12/2013 | 182 | DECLARATION of John Hauser in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Attachments: # 1 Exhibit 1–15 to Declaration of John Hauser)(Bicks, Peter) (Entered: 02/12/2013) |
| 02/12/2013 | 183 | DECLARATION of Paul Horowitz in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Bicks, Peter) (Entered: 02/12/2013) |
| 02/12/2013 | 184 | DECLARATION of Vivek Khemka in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Attachments: # 1 Exhibit 1–10 to Declaration of Vivek Khemka)(Bicks, Peter) (Entered: 02/12/2013) |
| 02/12/2013 | 185 | DECLARATION of David Kummer in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Bicks, Peter) (Entered: 02/12/2013) |
| 02/12/2013 | 186 | DECLARATION of Dan Minnick in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Attachments: # 1 Exhibit 1–7 to Declaration of Dan Minnick, # 2 Exhibit 8 to Declaration of Dan Minnick, # 3 Exhibit 9–15 to Declaration of Dan Minnick)(Bicks, Peter) (Entered: 02/12/2013) |
| 02/12/2013 | 187 | DECLARATION of Richard Rapp in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Attachments: # 1 Exhibit 1–2 to Declaration of Richard Rapp, # 2 Exhibit 3 part 1 to Declaration of Richard Rapp, # 3 Exhibit 3 part 2 to Declaration of |

| | | Richard Rapp, # 4 Exhibit 4–6 to Declaration of Richard Rapp, # 5 Exhibit 7–9 to Declaration of Richard Rapp, # 6 Exhibit 10–26 to Declaration of Richard Rapp)(Bicks, Peter) (Entered: 02/12/2013) |
|---|---|---|
| 02/12/2013 | 188 | DECLARATION of Eric Sahl in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Bicks, Peter) (Entered: 02/12/2013) |
| 02/12/2013 | 189 | DECLARATION of David Shull in Opposition re: 149 MOTION for Preliminary Injunction.. Document filed by Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Bicks, Peter) (Entered: 02/12/2013) |
| 02/14/2013 | 190 | MOTION for William Jefferson Vigen to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8235241. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc..(Vigen, William) (Entered: 02/14/2013) |
| 02/15/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 190 MOTION for William Jefferson Vigen to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8235241. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bwa)** (Entered: 02/15/2013) |
| 02/25/2013 | 191 | ORDER FOR ADMISSION PRO HAC VICE: Applicant is admitted to practice Pro Hac Vice in this case in the United States District Court for the Southern District of New York. Attorney William Jefferson Vigen for American Broadcasting Companies, Inc., William Jefferson Vigen for ABC, Inc., William Jefferson Vigen for Disney Enterprises, Inc. (Signed by Part I Judge Kimba M. Wood on 2/22/2013) (ft) (Entered: 02/25/2013) |
| 02/28/2013 | 192 | ORDER granting 172 Motion for Leave to File Document. The motion is granted. This endorsement resolves docket entry No. 172. (Signed by Judge Laura Taylor Swain on 2/27/2013) (ft) (Entered: 02/28/2013) |
| 02/28/2013 | 193 | FIRST AMENDED COUNTERCLAIM amending 137 Answer to Amended Complaint, Counterclaim against DISH Network Corporation, Dish Network L.L.C., EchoStar Technologies, L.L.C..Document filed by CBS Broadcasting Inc., CBS Studios Inc, Survivor Productions LLC, CBS Corporation. Related document: 137 Answer to Amended Complaint, Counterclaim filed by Survivor Productions LLC, CBS Studios Inc, CBS Broadcasting Inc., CBS Corporation.(Schiller, Joshua) (Entered: 02/28/2013) |
| 03/04/2013 | 194 | REVISED PRE–TRIAL SCHEDULING ORDER: Motions due by 11/18/2013. Expert Discovery due by 8/19/2013. Discovery due by 5/28/2013. Final Pretrial Conference set for 12/6/2013 at 10:00 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Kevin Nathaniel Fox. Telephone Conference set for 5/7/2013 at 11:30 AM before Magistrate Judge Kevin Nathaniel Fox. Ready for Trial by 12/6/2013. A telephonic status conference will be held with the parties on May 7, 2013, at 11:30 a.m. Counsel to the Dish parties shall initiate the telephonic conference. (Signed by Magistrate Judge Kevin Nathaniel Fox on 3/1/2013) Filed In Associated Cases: 1:12–cv–04155–LTS–KNF, 1:12–cv–06812–LTS(lmb) Modified on 3/4/2013 (lmb). (Entered: 03/04/2013) |
| 03/08/2013 | 195 | TRANSCRIPT of Proceedings re: proceedings held on 2/4/2013 before Magistrate Judge Kevin Nathaniel Fox. Court Reporter/Transcriber: Carole Ludwig, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/1/2013. Redacted Transcript Deadline set for 4/11/2013. Release of Transcript Restriction set for 6/10/2013.(tro) (Entered: 03/08/2013) |
| 03/08/2013 | 196 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a proceedings proceeding held on 2/4/2013 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made |

| | | remotely electronically available to the public without redaction after 90 calendar days...(tro) (Entered: 03/08/2013) |
|---|---|---|
| 03/15/2013 | 197 | SEALED DOCUMENT placed in vault.(nm) (Entered: 03/15/2013) |
| 03/15/2013 | 198 | MOTION to Dismiss *Notice of Motion of DISH Network LLC to Dismiss Count VII of CBS Corporation's Amended Counterclaims*. Document filed by DISH Network Corporation, Dish Network L.L.C..(Bicks, Peter) (Entered: 03/15/2013) |
| 03/15/2013 | 199 | MEMORANDUM OF LAW in Support re: 198 MOTION to Dismiss *Notice of Motion of DISH Network LLC to Dismiss Count VII of CBS Corporation's Amended Counterclaims. /Redacted Public Version of Memorandum of Law in Support of DISH Network LLC's Motion to Dismiss Count VII of CBS Corporation's Amended Counterclaims*. Document filed by DISH Network Corporation, Dish Network L.L.C.. (Bicks, Peter) (Entered: 03/15/2013) |
| 03/15/2013 | 200 | DECLARATION of [Public Redacted Version] Elyse D. Echtman in Support re: 198 MOTION to Dismiss *Notice of Motion of DISH Network LLC to Dismiss Count VII of CBS Corporation's Amended Counterclaims.*. Document filed by DISH Network Corporation, Dish Network L.L.C.. (Attachments: # 1 Exhibit 1 to Declaration of Elyse D. Echtman, # 2 Exhibit 2 to Declaration of Elyse D. Echtman, # 3 Exhibit 3 to Declaration of Elyse D. Echtman, # 4 Exhibit 4 to Declaration of Elyse D. Echtman, # 5 Exhibit 5 to Declaration of Elyse D. Echtman)(Bicks, Peter) (Entered: 03/15/2013) |
| 03/15/2013 | 201 | CERTIFICATE OF SERVICE of Notice of Motion of DISH Network L.L.C. to Dismiss Count VII of CBS Corporation's Amended Counterclaims, Memorandum of Law in Support of Motion and Declaration of Elyse D. Echtman in Support of Motion on 3/14/13. Service was made by Electronic Means. Document filed by DISH Network Corporation, Dish Network L.L.C.. (Bicks, Peter) (Entered: 03/15/2013) |
| 03/15/2013 | 202 | MEMORANDUM OPINION AND ORDER: NBCUs motion to transfer is granted. The Clerk of Court is requested to effectuate the transfer to the United States District Court for the Central District of California of only that portion of this action in which Plaintiff Dish asserts a claim against Defendant NBCU. NBCU's counterclaims in this action are dismissed, without prejudice, in favor of the affirmative breach of contract claims that NBCU has interposed in the California Action. This Memorandum Opinion and Order terminates docket entry no. 114. (Signed by Judge Laura Taylor Swain on 3/15/2013) (ft) (Entered: 03/15/2013) |
| 03/15/2013 | | PARTY TRANSFERRED OUT ELECTRONICALLY pertaining to NBCUniversal Media, L.L.C. only, from the U.S.D.C. Southern District of New York to the United States District Court – Central District of California (ft) (Entered: 03/15/2013) |
| 03/21/2013 | 203 | ORDER: Plaintiff/counterclaim defendant Dish Network has filed a motion to dismiss Count VII of the Amended Counterclaims of defendant/counterclaimant CBS Corporation. In accordance with paragraph A.4. of the Motion Procedures provisions of this District's Complex Case Protocol and paragraph B.3. of the Individual Practices of the undersigned, the parties are directed to appear for a conference on March 27, 2013, at 3:30p.m. At the conference, CBS Corporation will be given an opportunity to state whether it will further amend the Counterclaims or oppose the motion. CBS must be prepared to file its amendment or opposition, as the case may be, by April 12, 2013. Dish Network, which has filed its motion papers under seal, is directed to file a redacted version of the motion papers (comprising those portions of the papers that do not consist of business information that it contends is subject to the July 25, 2012, Protective Order) on the ECF system by March 25, 2013. Motions due by 3/25/2013. Status Conference set for 3/27/2013 at 03:30 PM before Judge Laura Taylor Swain. (Signed by Judge Laura Taylor Swain on 3/20/2013) (ft) (Entered: 03/21/2013) |
| 03/22/2013 | 204 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Hamish Hume dated 3/21/2013 re: The parties jointly request that the Court endorse the following briefing schedule on DISH's motion to dismiss Count VII of the CBS Amended Counterclaim: CBS Opposition brief deadline: April 11, 2013; DISH reply brief: April 25, 2013. ENDORSEMENT: The schedule is approved and the |

| | | March 27, 2013, conference is marked off the calendar. (Responses due by 4/11/2013, Replies due by 4/25/2013.) (Signed by Judge Laura Taylor Swain on 3/21/2013) (ft) (Entered: 03/22/2013) |
|---|---|---|
| 04/04/2013 | 205 | NOTICE of Supplemental Authority in Support of the Motion of ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. for a Preliminary Injunction re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Hentoff, Thomas) (Entered: 04/04/2013) |
| 04/11/2013 | 206 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MEMORANDUM OF LAW in Opposition re: 198 MOTION to Dismiss *Notice of Motion of DISH Network LLC to Dismiss Count VII of CBS Corporation's Amended Counterclaims. /Redacted Public Version*. Document filed by CBS Broadcasting Inc., CBS Corporation, CBS Studios Inc, CBS Studios Inc.. (Schiller, Jonathan) Modified on 4/16/2013 (db). (Entered: 04/11/2013) |
| 04/11/2013 | 207 | DECLARATION of [Public Redacted Version] Jonathan D. Schiller in Opposition re: 198 MOTION to Dismiss *Notice of Motion of DISH Network LLC to Dismiss Count VII of CBS Corporation's Amended Counterclaims.*. Document filed by CBS Broadcasting Inc., CBS Corporation, CBS Studios Inc, CBS Studios Inc., Survivor Productions LLC. (Attachments: # 1 Exhibit 1)(Schiller, Jonathan) (Entered: 04/11/2013) |
| 04/12/2013 | 208 | MEMORANDUM OF LAW in Opposition re: 198 MOTION to Dismiss *Notice of Motion of DISH Network LLC to Dismiss Count VII of CBS Corporation's Amended Counterclaims. /Corrected Redacted Public Version*. Document filed by CBS Broadcasting Inc., CBS Corporation, CBS Studios Inc, CBS Studios Inc., Survivor Productions LLC. (Schiller, Jonathan) (Entered: 04/12/2013) |
| 04/12/2013 | 209 | SEALED DOCUMENT placed in vault.(mps) (Entered: 04/12/2013) |
| 04/16/2013 | 210 | Letter addressed to Clerk's Office from Joshua I. Schiller dated 4/12/2013 re: In the above−referenced case, please that note that Docket No. 208 replaces Docket No. 206 to correct a non−substantive typographical error. (sac) (Entered: 04/16/2013) |
| 04/25/2013 | 212 | SEALED DOCUMENT placed in vault.(nm) (Entered: 04/26/2013) |
| 04/26/2013 | 211 | REPLY MEMORANDUM OF LAW in Support re: 198 MOTION to Dismiss *Notice of Motion of DISH Network LLC to Dismiss Count VII of CBS Corporation's Amended Counterclaims.*. Document filed by DISH Network Corporation, Dish Network L.L.C., EchoStar Technologies, L.L.C.. (Attachments: # 1 Affidavit proof of Service)(Bicks, Peter) (Entered: 04/26/2013) |
| 05/07/2013 | 213 | SECOND REVISED PRE−TRIAL SCHEDULING ORDER: A Revised Pre−trial Scheduling Order was entered on March 4, 2013 (ECF No. 194). The following provisions of Pre−trial Scheduling Order No. 1, amended by the Revised Pre−trial Scheduling Order, shall be revised as follows, and all other provisions of the Scheduling Order shall remain in force: All non−expert witness discovery in this matter must be completed by September 30, 2013. All expert witness discovery must be completed by December 23, 2013. Dispositive motions, if any, seeking resolution, in whole or in part, of the issues to be raised at trial must be served and filed on or before January 20, 2014. Any Daubert motion practice must be initiated on or before February 26, 2014. Other motions, including but not limited to non−Daubert motions in limine relating to evidentiary issues, must be filed and served on or before March 24, 2014. The Joint Final Trial Report covering the matters enumerated in subdivisions IV.C. and IV.D. of the Pilot Project Description must be filed, with one courtesy copy provided for Chambers, on or before March 26, 2014. The parties are directed to appear before the (assigned district judge), in Courtroom 17C, 500 Pearl Street, New York, NY 10007, for a final pretrial conference on April 11, 2014, at 2:00 p.m. The parties must be trial−ready by this conference date. (Signed by Magistrate Judge Kevin Nathaniel Fox on 5/7/2013) (sac) (Entered: 05/07/2013) |
| 05/07/2013 | | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Telephone Conference held on 5/7/2013. (lmb) (Entered: 05/10/2013) |

| 05/14/2013 | 214 | AMENDMENT TO JOINT ELECTRONIC DISCOVERY SUBMISSION NO.1 AND ORDER: The Parties previously agreed in Section (6)(c) of the Joint Electronic Submission No.1, filed on December 7, 2012 (ECF No. 160), "to continue to meet and confer concerning the technical specifications for form of production, including the extracted data fields to be produced and other technical parameters of production." Having met–and–conferred and having reached agreement on the technical specifications for form of production, Plaintiff/Counterclaim Defendant DISH Network L.L.c., Counterclaim Defendant DISH Network Corporation, Counterclaim Defendant EchoStar Technologies, L.L.C(together, "DISH Parties"), Defendant/Counterclaimant American Broadcasting Companies, Inc., Defendant/Counterclaimant ABC, Inc., Defendant/Counterclaimant Disney Enterprises, Inc. (together, "ABC Parties"), Defendant/Counterclaimant CBS Corporation, Counterclaimant CBS Broadcasting Inc., Counterclaimant CBS Studios Inc., and Counterclaimant Survivor Productions L.L.C. (together, "CBS Parties") hereby submit this amendment to Section (6)(c) of the Joint Electronic Submission No. 1 and Order, to read as set forth in this order (Signed by Magistrate Judge Kevin Nathaniel Fox on 5/13/2013) Filed In Associated Cases: 1:12–cv–04155–LTS–KNF, 1:12–cv–06812–LTS(js) (Entered: 05/14/2013) |
| 06/10/2013 | 215 | MOTION for Hannah Mary Stott–Bumsted to Withdraw as Attorney. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc..(Stott–Bumsted, Hannah) (Entered: 06/10/2013) |
| 06/10/2013 | 216 | DECLARATION of Hannah Stott–Bumsted in Support re: 215 MOTION for Hannah Mary Stott–Bumsted to Withdraw as Attorney.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Stott–Bumsted, Hannah) (Entered: 06/10/2013) |
| 06/11/2013 | 217 | NOTICE OF CHANGE OF ADDRESS by David Zifkin on behalf of CBS Broadcasting Inc., CBS Corporation, CBS Studios Inc, CBS Studios Inc., Survivor Productions LLC. New Address: Boies, Schiller &Flexner LLP, 401 Wilshire Boulevard, Suite 850, Santa Monica, California, 90401, 3107522400. Filed In Associated Cases: 1:12–cv–04155–LTS–KNF, 1:12–cv–06812–LTS(Zifkin, David) (Entered: 06/11/2013) |
| 06/12/2013 | 218 | ORDER denying 215 Motion to Withdraw as Attorney. Hannah Stott–Bumsted, Esq. has made a motion, pursuant to Local Civil Rule 1.4 of this court, "to withdraw as counsel of record for ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc." An order issued pursuant to the above–referenced Rule may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal... [and] the posture of the case, including its position, if any, on the calendar.... All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties. Local Civil Rule 1.4. The movant submitted a declaration in support of her motion to withdraw as counsel. The declaration fails to provide any information regarding "the posture of the case" and does not indicate that the motion to withdraw was served upon the movant's clients, as required by theexpress language of the Rule. The movant's failure to comply with Local Civil Rule 1.4 warrants the denial of her motion. Accordingly, the motion to withdraw as counsel made by Hannah Stott–Bumsted, Esq., Docket Entry No. 215, is denied, without prejudice. SO ORDERED. (Signed by Magistrate Judge Kevin Nathaniel Fox on 6/12/2013) (rsh) (Entered: 06/12/2013) |
| 06/17/2013 | 219 | MOTION for Hannah Stott–Bumsted to Withdraw as Attorney. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Attachments: # 1 Certificate of Service)(Pudlin, Julia) (Entered: 06/17/2013) |
| 06/17/2013 | 220 | DECLARATION of Hannah Stott–Bumsted in Support re: 219 MOTION for Hannah Stott–Bumsted to Withdraw as Attorney.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., DISH Network Corporation, Disney Enterprises, Inc.. (Attachments: # 1 Certificate of Service)(Pudlin, Julia) (Entered: 06/17/2013) |
| 06/18/2013 | | ORDER granting 219 Motion to Withdraw as Attorney. Attorney Hannah Mary Stott–Bumsted terminated (HEREBY ORDERED by Magistrate Judge Kevin Nathaniel Fox)(Text Only Order) (Fox, Kevin Nathaniel) (Entered: 06/18/2013) |

| 07/24/2013 | 221 | NOTICE of Supplemental Authority in Support of DISH Network L.L.C.'s Opposition to ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc.'s Motion for a Preliminary Injunction re: 174 Memorandum of Law in Opposition to Motion, 164 Sealed Document. Document filed by Dish Network L.L.C.. (Bicks, Peter) (Entered: 07/24/2013) |
|---|---|---|
| 07/26/2013 | 222 | ENDORSED LETTER addressed to Judge Laura Taylor Swain from Thomas G. Hentoff dated 7/25/2013 re: Counsel requests the opportunity to submit a three–page supplemental letter brief to address the Ninth Circuit opinion. ENDORSEMENT: The request for permission to provide supplemental submissions is granted. (Signed by Judge Laura Taylor Swain on 7/26/2013) (ft) Modified on 7/29/2013 (ft). (Entered: 07/29/2013) |
| 07/31/2013 | 223 | LETTER addressed to Judge Laura Taylor Swain from Kevin T. Baine dated 7/30/13 re: Counsel states for the reasons herein, the Fox opinion is not persuasive authority in this case. (mro) (Entered: 08/01/2013) |
| 08/05/2013 | 224 | LETTER addressed to Judge Laura Taylor Swain from Peter A. Bicks dated 8/2/2013 re: ABC provides no reason why the outcome here should be any different from the Ninth Circuit. Document filed by Dish Network L.L.C.(ft) (Entered: 08/05/2013) |
| 09/10/2013 | 225 | NOTICE of of Supplemental Authority in Support of the Motion of ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. for a Preliminary Injunction re: 149 MOTION for Preliminary Injunction.. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc.. (Hentoff, Thomas) (Entered: 09/10/2013) |
| 09/10/2013 | 226 | THIRD REVISED PRE–TRIAL SCHEDULING ORDER: Motions due by 9/3/2014, any dispositive motions due by 6/9/2014 and any Daubert motions due by 8/4/2014. All non–expert discovery due by 1/24/2014. Expert Discovery due by 5/9/2014. Final Pretrial Conference set for 10/3/2014 at 10:00 AM in Courtroom 17C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Kevin Nathaniel Fox, and as further set forth in this document. (Signed by Magistrate Judge Kevin Nathaniel Fox on 9/10/2013) Filed In Associated Cases: 1:12–cv–04155–LTS–KNF, 1:12–cv–06812–LTS(cd) (Entered: 09/11/2013) |
| 09/17/2013 | 227 | AMENDMENT TO STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Magistrate Judge Kevin Nathaniel Fox on 9/17/2013) Filed In Associated Cases: 1:12–cv–04155–LTS–KNF, 1:12–cv–06812–LTS(cd) (Entered: 09/18/2013) |
| 09/18/2013 | 228 | ORDER: The Court has issued an Opinion and Order in this case, dated September 18, 2013, which has been filed under seal. This Opinion and Order denies the motion for a preliminary injunction by American Broadcasting Companies, Inc. and denies DISH Network's motion to dismiss Count VII of CBS's Amended Counterclaims, resolving docket entry numbers 149 and 198. Because certain of the submissions in connection with the motions were marked confidential and filed under seal, the parties are hereby directed to make any specific requests, in writing, for redaction of any portions of the Opinion and Order to the Court by Wednesday, September 25, 2013, at 5:00 p.m., and as further set forth in this document. After the Court has considered the parties' redaction requests, it will file the Opinion and Order on the public ECF system, with any necessary redactions. (Signed by Judge Laura Taylor Swain on 9/18/2013) (cd) (Entered: 09/18/2013) |
| 09/19/2013 | 229 | SEALED DOCUMENT placed in vault.(mps) (Entered: 09/19/2013) |
| 09/23/2013 | 230 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL** – NOTICE OF INTERLOCUTORY APPEAL. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc., Disney Enterprises, Inc. Filing fee $ 455.00, receipt number 0208–8898988. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Hentoff, Thomas) Modified on 9/24/2013 (tp). (Entered: 09/23/2013) |
| 09/23/2013 | 231 | NOTICE OF INTERLOCUTORY APPEAL from 229 Sealed Document. Document filed by ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc. Form C and Form D are due within 14 days to the Court of |

| | | Appeals, Second Circuit. (tp) (Entered: 09/24/2013) |
|---|---|---|
| 09/24/2013 | | ***NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Hentoff, Thomas to RE–FILE Document No. 230 Notice of Interlocutory Appeal. No Order being appealed was selected. Re–file the Interlocutory Appeal event and select the correct Order being appealed. (tp) (Entered: 09/24/2013) |
| 09/24/2013 | | Appeal Fee Paid electronically via Pay.gov: for 230 Notice of Interlocutory Appeal, 231 Notice of Interlocutory Appeal. Filing fee $ 455.00. Pay.gov receipt number 0208–8898988, paid on 9/23/2013. (tp) (Entered: 09/24/2013) |
| 09/24/2013 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 231 Notice of Interlocutory Appeal. (tp) (Entered: 09/24/2013) |
| 09/24/2013 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 21 Rule 7.1 Corporate Disclosure Statement, filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 100 Initial Report of Parties Before Pretrial Conference, filed by Disney Enterprises, Inc., Dish Network Corporation, ABC, Inc., NBC Universal Media, L.L.C., DISH Network Corporation, American Broadcasting Companies, Inc., Dish Network L.L.C., CBS Corporation, 160 Order, 79 Order on Motion to Appear Pro Hac Vice, 60 Stipulation and Order, Set Deadlines/Hearings, 226 Scheduling Order, 148 Endorsed Letter, 124 Declaration in Opposition to Motion, filed by Dish Network L.L.C., 218 Order on Motion to Withdraw as Attorney, 1 Complaint, filed by Dish Network L.L.C., 26 MOTION to Dismiss , Stay or Transfer filed by NBC Universal Media, L.L.C., CBS Corporation, 144 Answer to Counterclaim filed by EchoStar Technologies, L.L.C., 3 Order to Show Cause, 187 Declaration in Opposition to Motion, filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 108 Stipulation and Order, 219 MOTION for Hannah Stott–Bumsted to Withdraw as Attorney filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 12 Declaration in Support, filed by Dish Network L.L.C., 154 Order on Motion to Appear Pro Hac Vice, 210 Letter, 116 Declaration in Support of Motion, filed by NBC Universal Media, L.L.C., 16 MOTION for Michael H. Page to Appear Pro Hac Vice filed by Dish Network L.L.C., 134 Endorsed Letter, Set Deadlines, 25 Rule 7.1 Corporate Disclosure Statement filed by NBC Universal Media, L.L.C., 6 Summons Returned Executed filed by Dish Network L.L.C., 184 Declaration in Opposition to Motion filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 183 Declaration in Opposition to Motion filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 9 Summons Returned Executed filed by Dish Network L.L.C., 50 MOTION for Richard L. Stone to Appear Pro Hac Vice filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 40 Order on Motion to Appear Pro Hac Vice, 28 MOTION to Dismiss filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 110 Transcript, 228 Order, 146 Protective Order, 63 Endorsed Letter, 97 Stipulation and Order, Set Deadlines, 208 Memorandum of Law in Opposition to Motion, filed by Survivor Productions LLC, CBS Studios Inc, CBS Studios Inc., CBS Broadcasting Inc., CBS Corporation, 77 MOTION for Thomas G. Hentoff to Appear Pro Hac Vice filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 147 Endorsed Letter, Set Deadlines/Hearings, 106 Notice of Filing Transcript, 177 Order on Motion to Appear Pro Hac Vice, 141 Answer to Counterclaim filed by Echostar Technologies L.L.C., 136 Summons Returned Executed, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 204 Endorsed Letter, Set Deadlines, 107 Notice of Appearance filed by Dish Network Corporation, DISH Network Corporation, Dish Network L.L.C., 176 MOTION for Stanley Edward Fisher to Appear Pro Hac Vice on behalf of ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. Filing fee $ 200.00, receipt number 0208–8196925. Motion and supporting papers to be reviewed by Clerk's Office staff filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 65 MOTION for Jean Pierre Nogues to Appear Pro Hac Vice filed by NBC Universal Media, L.L.C., CBS Corporation, 205 Notice (Other), Notice (Other) filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 188 Declaration in Opposition to Motion filed by |

EchoStar Technologies, L.L.C., Dish Network L.L.C., 224 Letter filed by Dish Network L.L.C., 94 Answer to Counterclaim filed by Dish Network Corporation, DISH Network Corporation, Dish Network L.L.C., 158 Declaration in Support of Motion, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 172 MOTION for Leave to File *Amended Counterclaims* filed by Survivor Productions LLC, CBS Studios Inc, CBS Broadcasting Inc, 95 Rule 7.1 Corporate Disclosure Statement filed by Dish Network Corporation, DISH Network Corporation, 173 Order, 64 Response to Motion filed by American Broadcasting Companies, Inc., 7 Summons Returned Executed filed by Fox Television Holdings, Inc., 138 MOTION for Julia H. Pudlin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–7936190. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 126 Answer to Counterclaim filed by Dish Network Corporation, DISH Network Corporation, Dish Network L.L.C., 103 Scheduling Order, 123 Memorandum of Law in Opposition to Motion filed by Dish Network L.L.C., 156 Declaration in Support of Motion, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 52 Declaration filed by Dish Network L.L.C., 213 Scheduling Order, 130 Endorsed Letter, 186 Declaration in Opposition to Motion, filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 121 Endorsed Letter, 163 Memorandum of Law in Opposition to Motion filed by Public Knowledge, 152 Endorsed Letter, 62 Letter, filed by Dish Network L.L.C., 105 Transcript, 198 MOTION to Dismiss */Notice of Motion of DISH Network LLC to Dismiss Count VII of CBS Corporation's Amended Counterclaims* filed by Dish Network Corporation, DISH Network Corporation, Dish Network L.L.C., 36 Rule 7.1 Corporate Disclosure Statement filed by NBC Universal Media, L.L.C., 162 MOTION for Leave to File Amicus Brief Opposition Motion for Preliminary Injunction filed by Public Knowledge, 195 Transcript, 13 Letter, filed by Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 41 Order Designating Case Complex Civil Case, 217 Notice of Change of Address, filed by Survivor Productions LLC, CBS Studios Inc, CBS Studios Inc., CBS Broadcasting Inc., CBS Corporation, 133 Answer to Amended Complaint, Counterclaim, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 125 Answer to Counterclaim filed by Dish Network L.L.C., 90 Memorandum &Opinion, 30 Memorandum of Law in Support of Motion filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 230 Notice of Interlocutory Appeal, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 178 Reply Memorandum of Law in Support of Motion, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 168 Endorsed Letter, 38 Order on Motion to Appear Pro Hac Vice, 61 Letter, filed by NBC Universal Media, L.L.C., CBS Corporation, 211 Reply Memorandum of Law in Support of Motion, filed by Dish Network Corporation, EchoStar Technologies, L.L.C., DISH Network Corporation, Dish Network L.L.C., 57 Order on Motion to Appear Pro Hac Vice, 122 Consent Order, Add and Terminate Attorneys, 43 MOTION for David R. Singer to Appear Pro Hac Vice filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 151 Certificate of Service Other, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 4 Summons Returned Executed filed by Dish Network L.L.C., Notice Regarding Pro Hac Vice Motion, 93 Notice of Filing Transcript, 159 Declaration in Support of Motion filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 145 MOTION for David Laurence Zifkin to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–7965955. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Survivor Productions LLC, CBS Studios Inc, CBS Studios Inc., CBS Broadcasting Inc., CBS Corporation, 33 Memorandum of Law in Opposition, filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 115 Memorandum of Law in Support of Motion filed by NBC Universal Media, L.L.C., 221 Notice (Other), Notice (Other) filed by Dish Network L.L.C., 216 Declaration in Support of Motion filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 109 Amended Complaint, filed by Dish Network L.L.C., 189 Declaration in Opposition to Motion filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 14 Affidavit of Service Other, filed by Dish Network L.L.C., 91 Notice of Appearance filed by

Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 45 Notice of Filing Transcript, 135 Notice of Appearance filed by CBS Corporation, 87 Order, 48 MOTION for Andrew J. Thomas to Appear Pro Hac Vice filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 113 Answer to Amended Complaint, Counterclaim filed by NBC Universal Media, L.L.C., 19 Notice of Appearance filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 192 Order on Motion for Leave to File Document, 131 Stipulation and Order, 47 Rule 7.1 Corporate Disclosure Statement filed by American Broadcasting Companies, Inc., 102 Order, 194 Scheduling Order, 231 Notice of Interlocutory Appeal filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 143 Answer to Counterclaim filed by Dish Network L.L.C., 39 Order on Motion to Appear Pro Hac Vice, 119 Endorsed Letter, 17 MOTION for Mark A. Lemley to Appear Pro Hac Vice filed by Dish Network L.L.C., 8 Summons Returned Executed filed by Dish Network L.L.C., 24 Rule 7.1 Corporate Disclosure Statement filed by CBS Corporation, 46 Notice of Appearance filed by American Broadcasting Companies, Inc., 85 Order, 20 Notice of Appearance filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 31 Declaration in Support of Motion, filed by NBC Universal Media, L.L.C., CBS Corporation, 23 Notice of Appearance filed by NBC Universal Media, L.L.C., CBS Corporation, 54 Notice of Change of Address filed by Dish Network L.L.C., 155 Memorandum of Law in Support of Motion filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 215 MOTION for Hannah Mary Stott–Bumsted to Withdraw as Attorney filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 99 Endorsed Letter, Set Deadlines/Hearings, 206 Memorandum of Law in Opposition to Motion, filed by CBS Studios Inc, CBS Studios Inc., CBS Broadcasting Inc., CBS Corporation, 78 Order on Motion to Appear Pro Hac Vice, 82 Endorsed Letter, Set Hearings, 117 Endorsed Letter, Set Deadlines, 179 Reply Affidavit in Support of Motion, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 80 Order on Motion to Appear Pro Hac Vice, 49 MOTION for Amy M. Gallegos to Appear Pro Hac Vice filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 59 Order on Motion to Appear Pro Hac Vice, 42 Order for Initial Pretrial Conference, 71 Reply Memorandum of Law in Support of Motion filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 214 Order, 83 Order on Motion to Appear Pro Hac Vice, 142 Order on Motion to Appear Pro Hac Vice, 96 Protective Order, 73 Notice of Appearance filed by American Broadcasting Companies, Inc., 69 Reply Memorandum of Law in Support of Motion filed by NBC Universal Media, L.L.C., CBS Corporation, 182 Declaration in Opposition to Motion filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 111 Notice of Filing Transcript, 140 Rule 7.1 Corporate Disclosure Statement filed by EchoStar Technologies, L.L.C., 128 Declaration in Support of Motion filed by NBC Universal Media, L.L.C., 196 Notice of Filing Transcript, 51 Memorandum of Law, filed by Dish Network L.L.C., 2 Rule 7.1 Corporate Disclosure Statement filed by Dish Network L.L.C., 35 Certificate of Service Other, filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 55 Declaration filed by Dish Network L.L.C., 68 MOTION for J. Matthew Williams to Appear Pro Hac Vice filed by NBC Universal Media, L.L.C., CBS Corporation, 72 Declaration in Support, filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 89 Notice of Filing Transcript, 114 MOTION to Transfer Case *to the Central District of California* filed by NBC Universal Media, L.L.C., 81 Order on Motion to Appear Pro Hac Vice, 227 Protective Order, 181 Declaration in Opposition to Motion filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 200 Declaration in Support of Motion, filed by Dish Network Corporation, DISH Network Corporation, Dish Network L.L.C., 137 Answer to Amended Complaint, Counterclaim filed by Survivor Productions LLC, CBS Studios Inc., CBS Broadcasting Inc., CBS Corporation, 75 Answer to Complaint, Counterclaim filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 127 Reply Memorandum of Law in Support of Motion filed by NBC Universal Media, L.L.C., 207 Declaration in Opposition to Motion, filed by Survivor Productions LLC, CBS Studios Inc, CBS Studios Inc., CBS Broadcasting Inc.,

CBS Corporation, 92 Transcript, 225 Notice (Other), Notice (Other) filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 22 Notice of Appearance filed by NBC Universal Media, L.L.C., CBS Corporation, 53 Declaration, filed by Dish Network L.L.C., 70 Declaration in Support of Motion, filed by NBC Universal Media, L.L.C., CBS Corporation, 32 Declaration in Support of Motion filed by NBC Universal Media, L.L.C., CBS Corporation, 166 Endorsed Letter, 175 Order, Set Hearings, 170 Order on Motion to Appear Pro Hac Vice, Order on Motion for Leave to File Document, 165 Response in Opposition to Motion filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 129 Order, 193 Amended Counterclaim, filed by Survivor Productions LLC, CBS Studios Inc, CBS Broadcasting Inc., CBS Corporation, 74 Rule 7.1 Corporate Disclosure Statement filed by Disney Enterprises, Inc., ABC, Inc., 67 MOTION for Robert H. Rotstein to Appear Pro Hac Vice filed by NBC Universal Media, L.L.C., CBS Corporation, 15 Declaration filed by Dish Network L.L.C., 132 Endorsed Letter, Set Deadlines, 220 Declaration in Support of Motion, filed by Disney Enterprises, Inc., Dish Network Corporation, ABC, Inc., DISH Network Corporation, American Broadcasting Companies, Inc., 101 Internet Citation, 88 Transcript, 199 Memorandum of Law in Support of Motion, filed by Dish Network Corporation, DISH Network Corporation, Dish Network L.L.C., 98 Endorsed Letter, Set Deadlines/Hearings, 120 Answer to Amended Complaint, Counterclaim, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 44 Transcript, 222 Endorsed Letter, 56 Order on Motion to Appear Pro Hac Vice, 201 Certificate of Service Other, filed by Dish Network Corporation, DISH Network Corporation, Dish Network L.L.C., 191 Order Admitting Attorney Pro Hac Vice, 27 Memorandum of Law in Support of Motion, filed by NBC Universal Media, L.L.C., CBS Corporation, 149 MOTION for Preliminary Injunction filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 29 Declaration in Support of Motion, filed by NBC Universal Media, L.L.C., CBS Corporation, 185 Declaration in Opposition to Motion filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 66 MOTION for Patricia H. Benson to Appear Pro Hac Vice filed by NBC Universal Media, L.L.C., CBS Corporation, 5 Summons Returned Executed filed by Dish Network L.L.C., 180 Declaration in Opposition to Motion, filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 112 Order, Set Hearings, 223 Letter, 58 Order on Motion to Appear Pro Hac Vice, 139 Answer to Counterclaim filed by Dish Network Corporation, EchoStar Technologies, L.L.C., DISH Network Corporation, Dish Network L.L.C., 84 Order on Motion to Appear Pro Hac Vice, 161 MOTION for John Bergmayer to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8088236. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Public Knowledge, 203 Scheduling Order, 18 MOTION for Annette Louise Hurst to Appear Pro Hac Vice filed by Dish Network L.L.C., 150 Declaration in Support of Motion, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 34 Declaration in Opposition filed by The Fox Entertainment Group, Inc., Fox Cable Network Services, L.L.C., Fox Television Holdings, Inc., 202 Memorandum &Opinion, 118 Letter, filed by NBC Universal Media, L.L.C., 174 Memorandum of Law in Opposition to Motion, filed by EchoStar Technologies, L.L.C., Dish Network L.L.C., 11 Declaration in Support filed by Dish Network L.L.C., 10 Memorandum of Law in Support filed by Dish Network L.L.C., 157 Declaration in Support of Motion, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 86 Summons Returned Executed, filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 167 Endorsed Letter, 37 Rule 7.1 Corporate Disclosure Statement filed by CBS Corporation, 171 Reply Affidavit in Support of Motion filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 190 MOTION for William Jefferson Vigen to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8235241. **Motion and supporting papers to be reviewed by Clerk's Office staff** filed by Disney Enterprises, Inc., ABC, Inc., American Broadcasting Companies, Inc., 104 Order Referring Case to Magistrate Judge, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/24/2013)