## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In Re Autohop Litigation _____ Docket No.: 13-3573-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jeffrey A. Lamken

Firm: MoloLamken LLP

Address: 600 New Hampshire Ave., NW

Telephone: 202-556-2010 Fax: 202-556-2001

E-mail: jlamken@mololamken.com

**Appearance for:** Cablevision Systems Corp. (movant/amicus)

(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)

(name/firm)

☐ Substitute counsel (replacing other counsel: _____)

(name/firm)

☐ Additional counsel (co-counsel with: _____)

(name/firm)

☑ Amicus (in support of: ABC/Disney (appellants) )

(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 2010-03-17 OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Jeffrey A. Lamken

Type or Print Name: Jeffrey A. Lamken