# **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, *amicus curiae* Cablevision Systems Corporation states that it is a publicly held corporation with no parent corporation. The following publicly held corporations own 10% or more of Cablevision Systems Corporation's stock: GAMCO Investors, Inc. and ClearBridge Investments, LLC (a wholly-owned subsidiary of Legg Mason, Inc.).